# EXHIBIT 3

**HyreCar Inc. Loss Chart**
**Class Period: May 14, 2021 through August 10, 2021, inclusive**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|------|---------------|--------|-----------------|-------|-----------|--------|-----------------|-------|-----------------|----------------|-----------------|----------------|
| | | | | | | | | | | | | $  9.37 |
| Cross, Robert | 8/10/2021 | 1,084 | ($19.47) | ($21,105.48) | 8/11/2021 | 1,084 | $10.24 | $11,100.16 | | | ($10,005.32) | |