# EXHIBIT A

# HYRE NOTICE: Robbins Geller Rudman & Dowd LLP Files Class Action Suit Against HyreCar Inc. and Announces Opportunity for Investors with Substantial Losses to Lead Case

NEWS PROVIDED BY
**Robbins Geller Rudman & Dowd LLP →**
Aug 27, 2021, 15:19 ET

SAN DIEGO, Aug. 27, 2021 /PRNewswire/ -- **Robbins Geller Rudman & Dowd LLP** today announced that it filed a class action lawsuit charging HyreCar Inc. (NASDAQ: HYRE) and certain of its executives with violations of the Securities Exchange Act of 1934 and seeking to represent purchasers of HyreCar securities between May 14, 2021 and August 10, 2021, inclusive (the "Class Period").  The *HyreCar* class action lawsuit was commenced on August 27, 2021 in the Central District of California.

**If you wish to serve as lead plaintiff of the *HyreCar* class action lawsuit, please provide your information by clicking here.  You can also contact attorney J.C. Sanchez of Robbins Geller by calling 800/449-4900 or via e-**

**mail at jsanchez@rgrdlaw.com.  Lead plaintiff motions for the *HyreCar* class action lawsuit must be filed with the court no later than October 26, 2021.**

The plaintiff is represented by Robbins Geller, which has **extensive experience** in prosecuting investor class actions including actions involving financial fraud.  You can view a copy of the complaint **by clicking here**.

**CASE ALLEGATIONS**: The *HyreCar* class action lawsuit alleges that, throughout the Class Period, defendants made false and misleading statements and failed to disclose that: (i) HyreCar had materially understated its insurance reserves; (ii) HyreCar had systematically failed to pay valid insurance claims incurred prior to the Class Period; (iii) HyreCar had incurred significant expenses transitioning to its new third-party insurance claims administrator and processing claims incurred from prior periods; (iv) HyreCar had failed to appropriately price risk in its insurance products and was experiencing elevated claims incidence as a result; (v) HyreCar had been forced to dramatically reform its claims underwriting, policies, and procedures in response to unacceptably high claims severity and customer complaints; and (vi) as a result, HyreCar's operations and prospects were misrepresented because HyreCar was not on track to meet the financial estimates provided to investors during the Class Period, and such estimates lacked a reasonable basis in fact, including HyreCar's purported gross margin, earnings before interest, taxes, depreciation, and amortization ("EBITDA"), and net loss trajectories.

On August 10, 2021, HyreCar announced deeply disappointing results for the quarterly period ended June 30, 2021 ("Q2 2021"), including net losses of $9.3 million compared to losses of $3.8 million in the same period the

prior year.  Furthermore, HyreCar's adjusted EBITDA loss for Q2 2021 was $7.1 million (four times higher than the $1.7 million adjusted EBITDA loss experienced in the second quarter of 2020) and its gross profit for Q2 2021 was just $0.8 million (less than one third HyreCar's gross profit in the second quarter of 2020), with a gross profit margin of just 24%. Contemporaneously with the release, HyreCar disclosed that HyreCar had incurred skyrocketing costs of revenue during the quarter primarily as a result of significantly higher insurance claims incidence – including claims before March 31, 2021 "in excess of the reserves."  During HyreCar's earnings call, executives revealed that HyreCar had been forced to revamp its claims processes and procedures and improve its risk price adjustments for policies issued by HyreCar.  And when asked whether HyreCar was actually on track to achieve 45% to 50% gross margins in the near term as previously represented, HyreCar's CFO essentially withdrew this goal, calling it a "shoot for the sky" aim and stating that "shooting for margin upwards of 40%" was more realistic.  On this news, the price of HyreCar stock fell nearly 50%, damaging investors.

**THE LEAD PLAINTIFF PROCESS**: The Private Securities Litigation Reform Act of 1995 permits any investor who purchased HyreCar securities during the Class Period to seek appointment as lead plaintiff in the *HyreCar* class action lawsuit.  A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class.  A lead plaintiff acts on behalf of all other class members in directing the *HyreCar* class action lawsuit.  The lead plaintiff can select a law firm of its choice to litigate the *HyreCar* class action lawsuit.  An investor's ability to share in any potential future recovery of the *HyreCar* action lawsuit is not dependent upon serving as lead plaintiff.

**ABOUT ROBBINS GELLER RUDMAN & DOWD LLP**: With 200 lawyers in 9 offices nationwide, Robbins Geller Rudman & Dowd LLP is the largest U.S. law firm representing investors in securities class actions.  Robbins Geller attorneys have obtained many of the largest shareholder recoveries in history, including the largest securities class action recovery ever – $7.2 billion – in *In re Enron Corp. Sec. Litig.*  The 2020 ISS Securities Class Action Services Top 50 Report ranked Robbins Geller first for recovering $1.6 billion for investors last year, more than double the amount recovered by any other securities plaintiffs' firm.  Please visit http://www.rgrdlaw.com for more information.

Attorney advertising.

Past results do not guarantee future outcomes.

Services may be performed by attorneys in any of our offices.

Contact:

Robbins Geller Rudman & Dowd LLP

655 W. Broadway, San Diego, CA  92101

J.C. Sanchez, 800-449-4900

jsanchez@rgrdlaw.com

https://www.linkedin.com/company/rgrdlaw

https://twitter.com/rgrdlaw

https://www.facebook.com/rgrdlaw

SOURCE Robbins Geller Rudman & Dowd LLP

Related Links

http://rgrdlaw.com