# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF**

**HYRECAR INC. SECURITIES LITIGATION**

I, Michael Criden, on behalf Turton Inc., certify that:

1. I and Todd Katz have assigned to Turton Inc. all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that we have or may have arising from violations of the federal securities laws of the United States of America in connection with out purchases or acquisitions of HyreCar Inc. securities.

2. I have reviewed the Complaint and authorize its filing and/or the filing of lead plaintiff motion on behalf of Turton Inc.

3. I am duly authorized to institute legal action on Turton Inc.'s behalf, including legal action against HyreCar Inc., and other defendants.

4. Turton Inc. did not purchase the HyreCar Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

5. Turton Inc. and I are willing to serve as representative parties on behalf of a class and are willing to provide testimony at deposition and trial, if necessary.

6. Turton Inc.'s transactions in HyreCar Inc. securities, including transactions related to claims assigned to Turton Inc. are as follows:

    (See attached transactions)

7. Turton Inc. has not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

    *Turton, Inc. vs Slack Technologies, Inc.*, 19-CIV-05411 (California State Court, filed September 13, 2019)

8. Turton Inc. will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

10/26/2021                                        *Michael Criden*
_____          _____
Date                                                 Michael Criden, President and Director
                                                       Turton, Inc.

**Turton Inc.'s Transactions in HyreCar Inc. (HYRE)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 5/14/2021 | Sold | -69 | $12.2700 |
| 5/14/2021 | Sold | -293 | $12.2600 |
| 5/14/2021 | Sold | -466 | $12.2508 |
| 5/14/2021 | Sold | -4,172 | $12.2500 |
| 5/14/2021 | Sold | -5,000 | $12.6300 |
| 5/20/2021 | Sold | -2,500 | $16.9000 |
| 5/20/2021 | Sold | -2,353 | $16.9900 |
| 5/20/2021 | Sold | -5,000 | $17.1200 |
| 5/20/2021 | Sold | -147 | $16.9300 |
| 5/24/2021* | Bought | 10,000 | $12.5000 |
| 5/24/2021 | Sold | -1 | $17.3750 |
| 5/24/2021 | Sold | -4,999 | $17.3606 |
| 5/25/2021 | Sold | -209 | $16.9901 |
| 5/25/2021 | Sold | -4,791 | $16.9900 |
| 5/26/2021 | Bought | 1 | $14.6550 |
| 6/3/2021 | Sold | -1 | $16.5450 |
| 7/9/2021 | Bought | 2,500 | $19.6199 |
| 7/9/2021 | Bought | 334 | $19.6799 |
| 7/9/2021 | Bought | 1,766 | $19.6784 |
| 7/9/2021 | Bought | 200 | $19.6720 |
| 7/9/2021 | Sold | -100 | $20.5450 |
| 7/9/2021 | Bought | 200 | $19.6690 |
| 7/9/2021 | Sold | -400 | $20.5170 |
| 7/9/2021 | Bought | 3,500 | $19.9700 |
| 7/9/2021 | Sold | -2,000 | $20.5114 |
| 7/9/2021 | Bought | 1,500 | $20.0399 |
| 7/12/2021 | Bought | 2,500 | $20.4399 |
| 7/12/2021 | Bought | 5,000 | $20.4399 |
| 7/12/2021 | Bought | 2,529 | $20.5100 |
| 7/12/2021 | Bought | 500 | $20.5099 |
| 7/12/2021 | Bought | 1,971 | $20.5080 |
| 7/14/2021 | Bought | 10,000 | $18.6199 |

*Exercised from options purchased prior to the Class Period

### Michael Criden's Transactions in HyreCar Inc. (HYRE)

#### Account 1

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 5/14/2021 | Sold | -500 | $12.6200 |
| 5/14/2021 | Sold | -500 | $12.6101 |
| 6/3/2021 | Sold | -1,000 | $17.3901 |
| 6/11/2021 | Sold | -1,000 | $18.9400 |
| 7/14/2021 | Bought | 1,000 | $18.4800 |

#### Account 2

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 5/14/2021 | Sold | -5,000 | $11.4141 |
| 5/20/2021* | Bought | 10,000 | $12.5000 |
| 5/20/2021 | Sold | -10,000 | $17.2500 |
| 5/20/2021* | Bought | 10,000 | $12.5000 |
| 5/28/2021 | Sold | -6,050 | $16.5731 |
| 6/1/2021 | Sold | -3,950 | $17.0006 |
| 7/9/2021 | Bought | 5,000 | $20.8706 |
| 7/12/2021 | Bought | 5,000 | $20.9065 |
| 8/5/2021 | Sold | -5,000 | $17.1240 |

*Exercised from options purchased prior to the Class Period

DocuSign Envelope ID: EDDE88AB-F9D7-4149-96AC-983A2EF11F06

### Todd Katz' Transactions in HyreCar Inc. (HYRE)

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 5/14/2021 | Sold | -5,000 | $11.4301 |
| 5/14/2021 | Sold | -4,950 | $11.4100 |
| 5/14/2021 | Sold | -50 | $11.3908 |
| 5/14/2021 | Bought | 10,000 | $12.6400 |
| 5/17/2021 | Sold | -2,085 | $13.7608 |
| 5/17/2021 | Sold | -1,217 | $13.7600 |
| 5/17/2021 | Sold | -670 | $13.7350 |
| 5/17/2021 | Sold | -4 | $13.7200 |
| 5/17/2021 | Sold | -1,024 | $13.7100 |
| 5/19/2021 | Sold | -5,000 | $16.0000 |
| 5/21/2021 | Bought | 3,000 | $17.0899 |
| 5/21/2021 | Bought | 2,000 | $17.1000 |
| 5/21/2021 | Bought | 2,500 | $17.0799 |
| 5/21/2021 | Bought | 3,176 | $16.9950 |
| 5/21/2021 | Bought | 2,900 | $17.1200 |
| 5/21/2021 | Bought | 1,424 | $17.1200 |
| 5/24/2021 | Sold | -4,786 | $17.0601 |
| 5/24/2021 | Sold | -214 | $17.2106 |
| 5/25/2021 | Sold | -5,000 | $16.9901 |
| 5/25/2021 | Sold | -1,006 | $16.3501 |
| 5/25/2021 | Sold | -3,994 | $16.3500 |
| 7/13/2021 | Bought | 2,500 | $21.0999 |
| 7/13/2021 | Bought | 2,500 | $21.0988 |
| 7/13/2021 | Bought | 2,300 | $21.1486 |
| 7/13/2021 | Bought | 200 | $21.1470 |
| 7/13/2021 | Bought | 3,100 | $21.1999 |
| 7/13/2021 | Bought | 200 | $21.1960 |
| 7/13/2021 | Bought | 200 | $21.1900 |
| 7/13/2021 | Bought | 4,000 | $21.3000 |
| 7/14/2021 | Bought | 5,000 | $20.1490 |
| 7/14/2021 | Bought | 8,200 | $18.6199 |
| 7/14/2021 | Bought | 1,699 | $18.6190 |
| 7/14/2021 | Bought | 1 | $18.5800 |
| 7/14/2021 | Bought | 100 | $18.5750 |

### Todd Katz' Transactions in HyreCar Inc. Options

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 5/21/2021 | Sold to Close | Call | May 21, 2021 / $12.50 | -150 | $4.6000 |