# EXHIBIT C

Financial Interest Analysis

| HyreCar Securities Litigation | |
| --- | --- |
| Turton Inc.: | -$260,995.63 |
| Michael Criden Account 1: | -$9,106.42 |
| Michael Criden Account 2: | $13,522.05 |
| Todd Katz: | -$305,300.80 |
| **Group Loss:** | **-$561,880.79** |

## Financial Interest Analysis

| | | |
|---|---|---|
| **Company Name:** | HyreCar Inc. | |
| **Ticker:** | HYRE | |
| **Class Period:** | 05/14/2021 - 08/10/2021 | |

**Name:**     Turton Inc.

**Opening Position:**     20,000

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/14/2021* | -69 | | $0.0000 | $12.2700 | $0.0000 | $0.00 |
| 5/14/2021* | -293 | | $0.0000 | $12.2600 | $0.0000 | $0.00 |
| 5/14/2021* | -466 | | $0.0000 | $12.2508 | $0.0000 | $0.00 |
| 5/14/2021* | -4,172 | | $0.0000 | $12.2500 | $0.0000 | $0.00 |
| 5/14/2021* | -5,000 | | $0.0000 | $12.6300 | $0.0000 | $0.00 |
| 5/20/2021* | -2,500 | | $0.0000 | $16.9000 | $0.0000 | $0.00 |
| 5/20/2021* | -2,353 | | $0.0000 | $16.9900 | $0.0000 | $0.00 |
| 5/20/2021* | -5,000 | | $0.0000 | $17.1200 | $0.0000 | $0.00 |
| 5/20/2021* | -147 | | $0.0000 | $16.9300 | $0.0000 | $0.00 |
| 5/24/2021 | 10,000 | $12.5000 | -$125,000.0000 | | $0.0000 | -$125,000.00 |
| 5/24/2021 | -1 | | $0.0000 | $17.3750 | $17.3750 | $17.38 |
| 5/24/2021 | -4,999 | | $0.0000 | $17.3606 | $86,785.6394 | $86,785.64 |
| 5/25/2021 | -209 | | $0.0000 | $16.9901 | $3,550.9309 | $3,550.93 |
| 5/25/2021 | -4,791 | | $0.0000 | $16.9900 | $81,399.0900 | $81,399.09 |
| 5/26/2021 | 1 | $14.6550 | -$14.6550 | | $0.0000 | -$14.66 |
| 6/3/2021 | -1 | | $0.0000 | $16.5450 | $16.5450 | $16.55 |
| 7/9/2021 | 2,500 | $19.6199 | -$49,049.7500 | | $0.0000 | -$49,049.75 |
| 7/9/2021 | 334 | $19.6799 | -$6,573.0866 | | $0.0000 | -$6,573.09 |
| 7/9/2021 | 1,766 | $19.6784 | -$34,752.0544 | | $0.0000 | -$34,752.05 |
| 7/9/2021 | 200 | $19.6720 | -$3,934.4000 | | $0.0000 | -$3,934.40 |
| 7/9/2021 | -100 | | $0.0000 | $20.5450 | $2,054.5000 | $2,054.50 |
| 7/9/2021 | 200 | $19.6690 | -$3,933.8000 | | $0.0000 | -$3,933.80 |
| 7/9/2021 | -400 | | $0.0000 | $20.5170 | $8,206.8000 | $8,206.80 |
| 7/9/2021 | 3,500 | $19.9700 | -$69,895.0000 | | $0.0000 | -$69,895.00 |
| 7/9/2021 | -2,000 | | $0.0000 | $20.5114 | $41,022.8000 | $41,022.80 |
| 7/9/2021 | 1,500 | $20.0399 | -$30,059.8500 | | $0.0000 | -$30,059.85 |
| 7/12/2021 | 2,500 | $20.4399 | -$51,099.7500 | | $0.0000 | -$51,099.75 |
| 7/12/2021 | 5,000 | $20.4399 | -$102,199.5000 | | $0.0000 | -$102,199.50 |
| 7/12/2021 | 2,529 | $20.5100 | -$51,869.7900 | | $0.0000 | -$51,869.79 |
| 7/12/2021 | 500 | $20.5099 | -$10,254.9500 | | $0.0000 | -$10,254.95 |
| 7/12/2021 | 1,971 | $20.5080 | -$40,421.2680 | | $0.0000 | -$40,421.27 |
| 7/14/2021 | 10,000 | $18.6199 | -$186,199.0000 | | $0.0000 | -$186,199.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **30,000** | | | | **Subtotal:** | **-$542,203.17** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $281,207.55 |
| | | | $9.3736 | 30,000 | **Turton Inc.:** | **-$260,995.63** |

Financial Interest Analysis

**Name:** Michael Criden Account 1

**Opening Position:** 3,000

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|------|--------|--------------|--------------|------------|------------|---------|
| 5/14/2021* | -500 | | $0.0000 | $12.6200 | $0.0000 | $0.00 |
| 5/14/2021* | -500 | | $0.0000 | $12.6101 | $0.0000 | $0.00 |
| 6/3/2021* | -1,000 | | $0.0000 | $17.3901 | $0.0000 | $0.00 |
| 6/11/2021* | -1,000 | | $0.0000 | $18.9400 | $0.0000 | $0.00 |
| 7/14/2021 | 1,000 | $18.4800 | -$18,480.0000 | | $0.0000 | -$18,480.00 |

**Shares Retained:** 1,000

**Subtotal:** -$18,480.00

| 90-Day Average Price | Shares Retained | 90-Day Average: | $9,373.58 |
|----------------------|-----------------|-----------------|-----------|
| $9.3736 | 1,000 | Michael Criden Account 1: | -$9,106.42 |

**Name:** Michael Criden Account 2

**Opening Position:** 5,000

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|------|--------|--------------|--------------|------------|------------|---------|
| 5/14/2021* | -5,000 | | $0.0000 | $11.4141 | $0.0000 | $0.00 |
| 5/20/2021 | 10,000 | $12.5000 | -$125,000.0000 | | $0.0000 | -$125,000.00 |
| 5/20/2021 | -10,000 | | $0.0000 | $17.2500 | $172,500.0000 | $172,500.00 |
| 5/20/2021 | 10,000 | $12.5000 | -$125,000.0000 | | $0.0000 | -$125,000.00 |
| 5/28/2021 | -6,050 | | $0.0000 | $16.5731 | $100,267.2550 | $100,267.26 |
| 6/1/2021 | -3,950 | | $0.0000 | $17.0006 | $67,152.3700 | $67,152.37 |
| 7/9/2021 | 5,000 | $20.8706 | -$104,353.0000 | | $0.0000 | -$104,353.00 |
| 7/12/2021 | 5,000 | $20.9065 | -$104,532.5000 | | $0.0000 | -$104,532.50 |
| 8/5/2021 | -5,000 | | $0.0000 | $17.1240 | $85,620.0000 | $85,620.00 |

**Shares Retained:** 5,000

**Subtotal:** -$33,345.88

| 90-Day Average Price | Shares Retained | 90-Day Average: | $46,867.92 |
|----------------------|-----------------|-----------------|-----------|
| $9.3736 | 5,000 | Michael Criden Account 2: | $13,522.05 |

**Name:** Todd Katz

**Opening Position:** 10,000

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|------|--------|--------------|--------------|------------|------------|---------|
| 5/14/2021* | -5,000 | | $0.0000 | $11.4301 | $0.0000 | $0.00 |
| 5/14/2021* | -4,950 | | $0.0000 | $11.4100 | $0.0000 | $0.00 |
| 5/14/2021* | -50 | | $0.0000 | $11.3908 | $0.0000 | $0.00 |
| 5/14/2021 | 10,000 | $12.6400 | -$126,400.0000 | | $0.0000 | -$126,400.00 |
| 5/17/2021 | -2,085 | | $0.0000 | $13.7608 | $28,691.2680 | $28,691.27 |
| 5/17/2021 | -1,217 | | $0.0000 | $13.7600 | $16,745.9200 | $16,745.92 |
| 5/17/2021 | -670 | | $0.0000 | $13.7350 | $9,202.4500 | $9,202.45 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|------|--------|--------------|--------------|------------|------------|---------|
| 5/17/2021 | -4 | | $0.0000 | $13.7200 | $54.8800 | $54.88 |
| 5/17/2021 | -1,024 | | $0.0000 | $13.7100 | $14,039.0400 | $14,039.04 |
| 5/19/2021 | -5,000 | | $0.0000 | $16.0000 | $80,000.0000 | $80,000.00 |
| 5/21/2021 | 3,000 | $17.0899 | -$51,269.7000 | | $0.0000 | -$51,269.70 |
| 5/21/2021 | 2,000 | $17.1000 | -$34,200.0000 | | $0.0000 | -$34,200.00 |
| 5/21/2021 | 2,500 | $17.0799 | -$42,699.7500 | | $0.0000 | -$42,699.75 |
| 5/21/2021 | 3,176 | $16.9950 | -$53,976.1200 | | $0.0000 | -$53,976.12 |
| 5/21/2021 | 2,900 | $17.1200 | -$49,648.0000 | | $0.0000 | -$49,648.00 |
| 5/21/2021 | 1,424 | $17.1200 | -$24,378.8800 | | $0.0000 | -$24,378.88 |
| 5/24/2021 | -4,786 | | $0.0000 | $17.0601 | $81,649.6386 | $81,649.64 |
| 5/24/2021 | -214 | | $0.0000 | $17.2106 | $3,683.0684 | $3,683.07 |
| 5/25/2021 | -5,000 | | $0.0000 | $16.9901 | $84,950.5000 | $84,950.50 |
| 5/25/2021 | -1,006 | | $0.0000 | $16.3501 | $16,448.2006 | $16,448.20 |
| 5/25/2021 | -3,994 | | $0.0000 | $16.3500 | $65,301.9000 | $65,301.90 |
| 7/13/2021 | 2,500 | $21.0999 | -$52,749.7500 | | $0.0000 | -$52,749.75 |
| 7/13/2021 | 2,500 | $21.0988 | -$52,747.0000 | | $0.0000 | -$52,747.00 |
| 7/13/2021 | 2,300 | $21.1486 | -$48,641.7800 | | $0.0000 | -$48,641.78 |
| 7/13/2021 | 200 | $21.1470 | -$4,229.4000 | | $0.0000 | -$4,229.40 |
| 7/13/2021 | 3,100 | $21.1999 | -$65,719.6900 | | $0.0000 | -$65,719.69 |
| 7/13/2021 | 200 | $21.1960 | -$4,239.2000 | | $0.0000 | -$4,239.20 |
| 7/13/2021 | 200 | $21.1900 | -$4,238.0000 | | $0.0000 | -$4,238.00 |
| 7/13/2021 | 4,000 | $21.3000 | -$85,200.0000 | | $0.0000 | -$85,200.00 |
| 7/14/2021 | 5,000 | $20.1490 | -$100,745.0000 | | $0.0000 | -$100,745.00 |
| 7/14/2021 | 8,200 | $18.6199 | -$152,683.1800 | | $0.0000 | -$152,683.18 |
| 7/14/2021 | 1,699 | $18.6190 | -$31,633.6810 | | $0.0000 | -$31,633.68 |
| 7/14/2021 | 1 | $18.5800 | -$18.5800 | | $0.0000 | -$18.58 |
| 7/14/2021 | 100 | $18.5750 | -$1,857.5000 | | $0.0000 | -$1,857.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **30,000** | | | | **Subtotal:** | **-$586,508.35** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $281,207.55 |
| | | | $9.3736 | 30,000 | **Todd Katz:** | **-$305,300.80** |

### Options

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|------|------------------|---------------|--------------|----------|-------|---------|
| 5/21/2021* | Sold to Close | Call | May 21, 2021 / $12.50 | -150 | $4.6000 | $69,000.00 |
| | | | **Contracts Remaining:** | **0** | **Todd Katz Options:** | **$0.00** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between August 11, 2021 and October 25, 2021.

*Using the last-in, first-out methodology, this sale was matched to pre-Class Period holdings, so it is excluded from the financial interest analysis.