# EXHIBIT D

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IVAN BARON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HYRECAR INC., JOSEPH FURNARI and ROBERT SCOTT BROGI,<br><br>Defendants. | Case No. 2:21-cv-06918-PA-JC<br><br>**DECLARATION OF MICHAEL CRIDEN IN SUPPORT OF TURTON INC.'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |

I, Michael Criden, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I submit this declaration in support of Turton Inc. ("Turton")'s Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").

2.     I, Michael Criden, am the President and a Director of Turton, and have authority to act on Turton's behalf. Turton is incorporated in Florida. I reside in Miami Beach, Florida. I am a Partner with Criden & Love, P.A., a firm I founded in 2007. I have a J.D. from the University of Miami.

3.     I have assigned to Turton all my rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that I have or may have arising from violations of the federal securities laws of the United States of America in connection with my purchase or acquisition of HyreCar Inc. securities.

4.     Todd Katz is the Vice President and a Director of Turton. Mr. Katz has assigned to Turton all his rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that he has or may have arising from violations of the federal securities laws of the United States of America in connection with his purchase or acquisition of HyreCar Inc. securities.

5.     I believe that the securities class action against HyreCar is meritorious and should be led by an investor that is committed to maximizing the recovery on behalf of the class. Turton suffered substantial losses on Turton's investments in HyreCar securities, and I have the ability and competency to oversee this litigation to a successful conclusion. It is for this reason that I decided to seek the appointment of Turton as lead plaintiff in this action.

6.     I am informed of and understand the requirements and duties imposed by the PSLRA. I understand the responsibilities of being a lead plaintiff, including Turton's fiduciary duty to the class. I understand that if Turton is appointed as lead plaintiff, Turton will owe a duty to all members of the putative class to provide fair and adequate representation and to work with counsel to obtain the best possible

DECLARATION OF MICHAEL CRIDEN

1

recovery in good faith and with vigorous advocacy. I and Turton are committed to the prosecution of this case and will remain actively involved.

7.   Turton has selected counsel in this action based upon their experience and I am confident in their ability to work with Turton to protect the interest of the class. I understand that one of Turton's primary responsibilities will be overseeing counsel and thereby ensuring that the litigation is handled efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk of the litigation. I and Turton will continue to supervise counsel and actively oversee the prosecution of this action for the benefit of the class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

8.   I understand that, as the lead plaintiff in this action, I and Turton will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/26/2021___.

*Michael Criden*

_____

Michael Criden, President
Turton Inc.

DECLARATION OF MICHAEL CRIDEN

2