Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Movant Allen J. Wiesenfeld and*
*Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN BARON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> HYRECAR INC., JOSEPH FURNARI and ROBERT SCOTT BROGI, <br><br> Defendants. | Case No. 2:21-cv-06918-PA-JC <br><br> **NOTICE OF MOTION OF ALLEN J. WIESENFELD TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD COUNSEL** <br><br> DATE: November 29, 2021 <br> TIME: 1:30 p.m. <br> JUDGE: Percy Anderson <br> CTRM: 9A, 9th Floor |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Allen J. Wiesenfeld ("Movant"), by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing Movant as Lead Plaintiff on behalf of persons or entities who purchased or otherwise acquired HyreCar Inc. securities between May 14, 2021 and August 10, 2021, inclusive (the "Class Period") (the "Class"); and (2) approving Lead Plaintiff's selection of WeissLaw LLP as Lead Counsel for the Class.

- 1 -

In support of this motion, Movant submits a Memorandum of Points and Authorities, the Declaration of Joel E. Elkins submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Movant is aware of Local Civil Rule 7-3, which provides, in relevant part: "[C]ounsel contemplating the filing of any motion shall first contact opposing counsel discuss thoroughly . . . the substance of the contemplated motion and any potential resolution."   Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the Related Actions is October 26, 2021, on which date any member of the putative class may so move. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II) & (a)(3)(B)(i).   Movant does not know the identities of the other putative class members, if any, who intend to file competing Lead Plaintiff motions until October 27, 2021—the day after the statutory deadline—making conferral with opposing counsel prior to the filing of Movant's motion papers impracticable.   Under these circumstances, Movant respectfully requests that compliance with Local Civil Rule 7-3 be waived in this instance.

Dated: October 26, 2021

**WEISSLAW LLP**

By: */s/ Joel E. Elkins*
Joel E. Elkins
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone:  310/208-2800
Facsimile:   310/209-2348

-and-

Joshua M. Rubin
Mark D. Smilow
305 Broadway, 7th Floor
New York, NY 10007
Telephone: 212/682-3025
Facsimile:  212/682-3010

*Counsel for Movant and Proposed Lead Counsel for the Class*

CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Joel E. Elkins
Joel E. Elkins

- 3 -