Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Movant Allen J Wiesenfeld and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN BARON, individually and on behalf of all others similarly situated, | ) Case No. 2:21-cv-06918-PA-JC |
| Plaintiff, | ) **[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL** |
| vs. | ) |
| HYRECAR INC., JOSEPH FURNARI and ROBERT SCOTT BROGI, | ) DATE: November 29, 2021<br>) TIME: 1:30 p.m.<br>) JUDGE: Percy Anderson<br>) CTRM: 9A, 9th Floor |
| Defendants. | ) |

WHEREAS, the Court has considered the competing motions for Appointment as Lead Plaintiff and Approval of Counsel,

IT IS HEREBY ORDERED THAT:

**I.      CAPTIONING OF THIS ACTION**

1.      Every pleading in this Consolidated Action shall bear the following Caption:

- 1 -

Case No. 2:21-cv-06918-PA-JC
[PROPOSED] ORDER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| IN RE HYRECAR INC. SECURITIES LITIGATION, | ) ) ) ) ) ) ) ) ) ) ) | Case No. CLASS ACTION [TITLE OF DOCUMENT] |
|---|---|---|

## II.   APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

2.   Having reviewed all pending Motions and accompanying Memoranda of Law, the Court hereby appoints Allen J. Wiesenfeld ("Wiesenfeld" or Movant) as Lead Plaintiff in the Action.   Wiesenfeld satisfies the requirements for Lead Plaintiff pursuant to Section 21D(a)(3)(B)(iii) of the Private Securities Litigation Reform Act of 1995 ("PSLRA").

3.   Lead Plaintiff, pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, has selected and retained WeissLaw LLP as Lead Counsel.

4.   Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate:

(a)   to coordinate the briefing and argument of motions;

(b)   to coordinate the conduct of discovery proceedings;

(c)   to coordinate the examination of witnesses in depositions;

(d)   to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

(e)   to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

(f)   to coordinate all settlement negotiations with counsel for defendants;

Case No. 2:21-cv-06918-PA-JC
[PROPOSED] ORDER

(g)    to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

(h)    to supervise any other matters concerning the prosecution, resolution, or settlement of the Consolidated Action.

5.    No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.  No settlement negotiations shall be conducted without the approval of Lead Counsel.

6.    Counsel in any future related action that is consolidated with this Action shall be bound by this organization of plaintiffs' counsel.

7.    Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

8.    Lead Counsel shall be the contact between plaintiffs' counsel and shall direct and coordinate the activities of plaintiffs' counsel.

9.    Defendants shall effect service of papers on plaintiffs by serving a copy of same on Lead Counsel by overnight mail service, electronic or hand delivery. Plaintiffs shall effect service of papers on defendants by serving a copy of same on defendants' counsel by overnight mail service, electronic or hand delivery.

10.    During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information, and materials such as computerized data and electronic mail, containing information which is relevant, or which may lead to the discovery of information relevant, to the subject matter of the pending litigation.

- 3 -

SO ORDERED.


Dated: _____, 2021          _____
      Los Angeles, California          HONORABLE PERCY ANDERSON
                               UNITED STATES DISTRICT JUDGE
                               CENTRAL DISTRICT OF CALIFORNIA

- 4 -