Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Movant Allen J. Wiesenfeld and*
*Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN BARON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> HYRECAR INC., JOSEPH FURNARI and ROBERT SCOTT BROGI, <br><br> Defendants. | Case No. 2:21-cv-06918-PA-JC <br><br> **DECLARATION OF JOEL E. ELKINS IN SUPPORT OF MOTION OF ALLEN J. WIESENFELD TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD COUNSEL** <br><br> DATE: November 29, 2021 <br> TIME: 1:30 p.m. <br> JUDGE: Percy Anderson <br> CTRM: 9A, 9th Floor |

I, Joel E. Elkins, hereby declare as follows:

1.     I am a principal with the law firm of WeissLaw LLP ("WeissLaw"), counsel on behalf of Allen J. Wiesenfeld ("Movant"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the motion by Movant for (1)  appointing as Lead Plaintiff on behalf of persons or entities who purchased or otherwise acquired HyreCar Inc. ("HyreCar" or "the Company") securities between May 14, 2021 and August 10, 2021, inclusive (the "Class Period") (the "Class"); and (2) approving Lead Plaintiff's selection of WeissLaw LLP as Lead Counsel for the Class.

- 1 -

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Chart reflecting the financial interest of Movant in this litigation;

Exhibit B:   Notice of pendency of the Action;

Exhibit C:   Shareholder Certification executed by Movant;

Exhibit D:   Declaration executed by Movant; and

Exhibit E:   Firm resume of WeissLaw.

3.      I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 26, 2021, at Los Angeles, California.

*/s/ Joel E. Elkins*
Joel E. Elkins

- 2 -

Case No. 2:21-cv-06918-PA-JC

DECLARATION

CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Joel E. Elkins
Joel E. Elkins

- 3 -