# EXHIBIT A

# HyreCar Inc.

**Movant Allen J. Wiesenfeld's Loss Estimate**

| Proposed Lead Plaintiff | Date of Purchase | Number of Shares | Price Per Share | Cost Per Transaction | Date of Sale | Number of Shares Sold | Price of Sale | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| | 5/11/2021* | 100 | $ 10.6200 | $ 1,062.00 | 5/14/2021 | -100 | $ 13.0000 | $ 1,300.00 | |
| | 5/11/2021* | 150 | $ 10.6200 | $ 1,593.00 | 5/14/2021 | -150 | $ 12.8700 | $ 1,930.50 | |
| | 5/11/2021* | 150 | $ 10.6200 | $ 1,593.00 | 5/14/2021 | -150 | $ 12.9400 | $ 1,941.00 | |
| | 5/11/2021* | 220 | $ 10.6200 | $ 2,336.40 | 5/14/2021 | -220 | $ 12.9700 | $ 2,853.40 | |
| | 5/11/2021* | 250 | $ 10.6200 | $ 2,655.00 | 5/14/2021 | -250 | $ 12.9500 | $ 3,237.50 | |
| | 5/11/2021* | 345 | $ 10.6200 | $ 3,663.90 | 5/14/2021 | -345 | $ 12.9600 | $ 4,471.20 | |
| | 5/11/2021* | 383 | $ 10.6200 | $ 4,067.46 | 5/14/2021 | -383 | $ 12.9300 | $ 4,952.19 | |
| | 5/11/2021* | 595 | $ 10.6200 | $ 6,318.90 | 5/14/2021 | -595 | $ 12.9900 | $ 7,729.05 | |
| | 5/11/2021* | 610 | $ 10.6200 | $ 6,478.20 | 5/14/2021 | -610 | $ 12.8900 | $ 7,862.90 | |
| | 5/11/2021* | 658 | $ 10.6200 | $ 6,987.96 | 5/14/2021 | -658 | $ 12.9000 | $ 8,488.20 | |
| | 5/11/2021* | 766 | $ 10.6200 | $ 8,134.92 | 5/14/2021 | -766 | $ 13.0100 | $ 9,965.66 | |
| | 5/11/2021* | 773 | $ 10.6200 | $ 8,209.26 | 5/14/2021 | -773 | $ 12.9200 | $ 9,987.16 | |
| | 5/11/2021* | 231 | $ 10.5900 | $ 2,446.29 | 5/14/2021 | -231 | $ 12.9200 | $ 2,984.52 | |
| | 5/11/2021* | 1,759 | $ 10.5900 | $ 18,627.81 | 5/14/2021 | -1,759 | $ 12.8800 | $ 22,655.92 | |
| | 5/11/2021* | 1429 | $ 10.5900 | $ 15,133.11 | 5/14/2021 | -1,429 | $ 12.8400 | $ 18,348.36 | |
| | 5/11/2021* | 1181 | $ 10.6200 | $ 12,542.22 | 5/14/2021 | -1,181 | $ 12.8400 | $ 15,164.04 | |
| | 5/11/2021* | 200 | $ 10.5700 | $ 2,114.00 | 5/14/2021 | -200 | $ 12.8400 | $ 2,568.00 | |
| | 5/11/2021* | 200 | $ 10.6100 | $ 2,122.00 | 5/14/2021 | -200 | $ 12.8400 | $ 2,568.00 | |
| | 5/12/2021* | 2035 | $ 9.6200 | $ 19,576.70 | 5/14/2021 | -2,035 | $ 12.8400 | $ 26,129.40 | |
| | 5/12/2021* | 2965 | $ 9.6200 | $ 28,523.30 | 5/14/2021 | -2,965 | $ 13.0000 | $ 38,545.00 | |
| | 5/12/2021* | 5000 | $ 9.7100 | $ 48,550.00 | 5/14/2021 | -5,000 | $ 13.0000 | $ 65,000.00 | |
| | 08/09/2021 | 5000 | $ 18.1600 | $ 90,800.00 | 10/7/2021 | -49 | $ 8.2900 | $ 406.21 | |
| | 08/09/2021 | 4900 | $ 18.2200 | $ 89,278.00 | 10/7/2021 | -200 | $ 8.2600 | $ 1,652.00 | |
| | 08/09/2021 | 3641 | $ 18.3900 | $ 66,957.99 | 10/7/2021 | -200 | $ 8.2700 | $ 1,654.00 | |
| | 08/09/2021 | 2880 | $ 18.1300 | $ 52,214.40 | 10/7/2021 | -246 | $ 8.2700 | $ 2,034.42 | |
| | 08/09/2021 | 2025 | $ 18.6400 | $ 37,746.00 | 10/7/2021 | -400 | $ 8.2200 | $ 3,288.00 | |
| | 08/09/2021 | 1920 | $ 18.1700 | $ 34,886.40 | 10/7/2021 | -400 | $ 8.2600 | $ 3,304.00 | |
| | 08/09/2021 | 1829 | $ 18.6800 | $ 34,165.72 | 10/7/2021 | -529 | $ 8.2600 | $ 4,369.54 | |
| | 08/09/2021 | 1598 | $ 18.1600 | $ 29,019.68 | 10/7/2021 | -595 | $ 8.2500 | $ 4,908.75 | |
| | 08/09/2021 | 1498 | $ 18.2300 | $ 27,308.54 | 10/7/2021 | -700 | $ 8.2700 | $ 5,789.00 | |
| | 08/09/2021 | 1255 | $ 18.2200 | $ 22,866.10 | 10/7/2021 | -727 | $ 8.2800 | $ 6,019.56 | |
| | 08/09/2021 | 700 | $ 18.4200 | $ 12,894.00 | 10/7/2021 | -791 | $ 8.2400 | $ 6,517.84 | |
| | 08/09/2021 | 600 | $ 18.2900 | $ 10,974.00 | 10/7/2021 | -163 | $ 8.2800 | $ 1,349.64 | |
| | 08/09/2021 | 320 | $ 18.3300 | $ 5,865.60 | 10/7/2021 | -1,937 | $ 8.2800 | $ 16,038.36 | |
| | 08/09/2021 | 290 | $ 18.6300 | $ 5,402.70 | 10/7/2021 | -2,568 | $ 8.2300 | $ 21,134.64 | |
| | 08/09/2021 | 240 | $ 18.7300 | $ 4,495.20 | 10/7/2021 | -395 | $ 8.2600 | $ 3,262.70 | |
| | 08/09/2021 | 200 | $ 18.1600 | $ 3,632.00 | 10/7/2021 | -2,505 | $ 8.2600 | $ 20,691.30 | |
| | 08/09/2021 | 200 | $ 18.3800 | $ 3,676.00 | 10/7/2021 | -1136 | $ 8.2500 | $ 9,372.00 | |
| | 08/09/2021 | 200 | $ 18.6400 | $ 3,728.00 | 10/7/2021 | -2,359 | $ 8.2500 | $ 19,461.75 | |
| | 08/09/2021 | 100 | $ 18.2200 | $ 1,822.00 | 10/7/2021 | -2,025 | $ 8.2600 | $ 16,726.50 | |
| | 08/09/2021 | 100 | $ 18.3500 | $ 1,835.00 | 10/7/2021 | -1,920 | $ 8.2600 | $ 15,859.20 | |
| | 08/09/2021 | 100 | $ 18.6200 | $ 1,862.00 | 10/7/2021 | -155 | $ 8.2600 | $ 1,280.30 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/09/2021 | 100 | $ | 18.6500 | $ | 1,865.00 | 10/7/2021 | -1,674 | $ | 8.1700 | $ 13,676.58 |
| 08/09/2021 | 100 | $ | 18.7100 | $ | 1,871.00 | 10/7/2021 | -1,598 | $ | 8.1700 | $ 13,055.66 |
| 08/09/2021 | 100 | $ | 18.7200 | $ | 1,872.00 | 10/7/2021 | -1,498 | $ | 8.1700 | $ 12,238.66 |
| 08/09/2021 | 49 | $ | 18.3000 | $ | 896.70 | 10/7/2021 | -230 | $ | 8.1700 | $ 1,879.10 |
| 08/09/2021 | 39 | $ | 18.4000 | $ | 717.60 | 10/7/2021 | -1,025 | $ | 8.2400 | $ 8,446.00 |
| 08/09/2021 | 16 | $ | 18.7500 | $ | 300.00 | 10/7/2021 | -700 | $ | 8.2400 | $ 5,768.00 |
| | | | | | | 10/7/2021 | -600 | $ | 8.2400 | $ 4,944.00 |
| | | | | | | 10/7/2021 | -700 | $ | 8.2400 | $ 5,768.00 |
| | | | | | | 10/7/2021 | -600 | $ | 8.2400 | $ 4,944.00 |
| | | | | | | 10/7/2021 | -320 | $ | 8.2400 | $ 2,636.80 |
| | | | | | | 10/7/2021 | -290 | $ | 8.2400 | $ 2,389.60 |
| | | | | | | 10/7/2021 | -240 | $ | 8.2400 | $ 1,977.60 |
| | | | | | | 10/7/2021 | -200 | $ | 8.2400 | $ 1,648.00 |
| | | | | | | 10/7/2021 | -200 | $ | 8.2400 | $ 1,648.00 |
| | | | | | | 10/7/2021 | -125 | $ | 8.2400 | $ 1,030.00 |
| **SUBTOTALS:** | **30,000** | | | **$  548,951.63** | | | **-30,000** | | **$247,169.71** | **$  (301,781.92)** |

---

**Explanatory Notes**

The total estimated damages for Proposed Lead Plaintiff has been calculated as follows:

1) Common Stock Sold Within the Class Period:

   Losses for shares sold within the Class Period are offset first against shares held long prior to the Class Period, if any.

2) Common Stock Sold After the Class Period:

   For shareholders who sold their shares after the end of the Class Period, their actual (non-statutory) losses were calculated

3) All calculations have been performed using the First-In-First-Out ("FIFO") method of matching trades.

4) All losses have been calculated exclusive of costs, commissions, and fees.

Shaded area represents Class Period trades.
*Pre-Class Period purchases included under FIFO