# EXHIBIT C

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned certifies as follows:

1.    I, Allen J. Wiesenfeld, make this declaration pursuant to Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.    I reviewed the complaint filed against HyreCar Inc. ("HyreCar") and others and authorize the filing of a comparable complaint on my behalf.

3.    I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in any private action under the Exchange Act.

4.    I am willing to serve as a representative party on behalf of a class of investors who purchased or otherwise acquired HyreCar securities during the Class Period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.    Exhibit A lists all my transactions in HyreCar securities during the Class Period as specified in the Complaint.

6.    During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to my representation of the class.

I hereby certify, under penalty of perjury, that the foregoing is true and correct.

Executed October 26, 2021



Allen J Wiesenfeld (Oct 26, 2021 16:52 EDT)

Allen J. Wiesenfeld

## EXHIBIT A

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price per Share |
|---|---|---|---|
| Sale | 5/14/2021 | 100 | $13.00 |
| Sale | 5/14/2021 | 150 | $12.87 |
| Sale | 5/14/2021 | 150 | $12.94 |
| Sale | 5/14/2021 | 220 | $12.97 |
| Sale | 5/14/2021 | 250 | $12.95 |
| Sale | 5/14/2021 | 345 | $12.96 |
| Sale | 5/14/2021 | 383 | $12.93 |
| Sale | 5/14/2021 | 595 | $12.99 |
| Sale | 5/14/2021 | 610 | $12.89 |
| Sale | 5/14/2021 | 658 | $12.90 |
| Sale | 5/14/2021 | 766 | $13.01 |
| Sale | 5/14/2021 | 1005 | $12.92 |
| Sale | 5/14/2021 | 1,759 | $12.88 |
| Sale | 5/14/2021 | 5,045 | $12.84 |
| Sale | 5/14/2021 | 7,965 | $13.00 |
| Purchase | 08/09/2021 | 2,880 | $18.13 |
| Purchase | 08/09/2021 | 6,798 | $18.16 |
| Purchase | 08/09/2021 | 1,920 | $18.17 |
| Purchase | 08/09/2021 | 6,255 | $18.22 |
| Purchase | 08/09/2021 | 1,498 | $18.23 |
| Purchase | 08/09/2021 | 600 | $18.29 |
| Purchase | 08/09/2021 | 49 | $18.30 |
| Purchase | 08/09/2021 | 320 | $18.33 |
| Purchase | 08/09/2021 | 100 | $18.35 |
| Purchase | 08/09/2021 | 200 | $18.38 |
| Purchase | 08/09/2021 | 3,641 | $18.39 |
| Purchase | 08/09/2021 | 39 | $18.40 |
| Purchase | 08/09/2021 | 700 | $18.42 |
| Purchase | 08/09/2021 | 100 | $18.62 |
| Purchase | 08/09/2021 | 290 | $18.63 |
| Purchase | 08/09/2021 | 2,225 | $18.64 |
| Purchase | 08/09/2021 | 100 | $18.65 |
| Purchase | 08/09/2021 | 1,829 | $18.68 |
| Purchase | 08/09/2021 | 100 | $18.71 |
| Purchase | 08/09/2021 | 100 | $18.72 |
| Purchase | 08/09/2021 | 240 | $18.73 |
| Purchase | 08/09/2021 | 16 | $18.75 |

*Opening position of 20,000 shares*