# EXHIBIT D

Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Movant Allen J. Wiesenfeld and Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN BARON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> HYRECAR INC., JOSEPH FURNARI and ROBERT SCOTT BROGI, <br><br> Defendants. | Case No. 2:21-cv-06918-PA-JC <br><br> **DECLARATION OF ALLEN J. WIESENFELD IN SUPPORT OF LEAD PLAINTIFF MOTION** <br><br> DATE: November 29, 2021 <br> TIME: 1:30 p.m. <br> JUDGE: Percy Anderson <br> CTRM: 9A, 9th Floor |

I, the undersigned, pursuant to 28 U.S. C. § 1746, declare as follows:

1. I, Allen J. Wiesenfeld ("Movant"), respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff and for Approval of my selection of WeissLaw LLP ("WeissLaw") as Lead Counsel in the captioned class action on behalf of investors in the securities of HyreCar, Inc. ("HyreCar" of "the Company") pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). I have personal knowledge of the facts set forth herein and, if called as a

- 1 -

witness, could and would testify competently thereto. I understand that through the enactment of the PSLRA, Congress intended to encourage those with large financial interests to become involved in the leadership of securities class actions. I am also informed of and understand the requirements and duties imposed by the PSLRA.

2.    I have been investing in the securities markets for approximately 30 years. As reflected in my Certification, I purchased HyreCar securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

3.    I discussed the contours of this case with my counsel. Accordingly, I am aware of the current status of this litigation. I understand that in addition to myself, other investors in HyreCar securities may file motions seeking appointment as Lead Plaintiff in this action. I understand that on October 26, 2021, WeissLaw will file a memorandum of points and authorities in support of my motion for appointment as Lead Plaintiff. I understand that this Declaration and other supporting submissions prepared by WeissLaw will be filed concurrently with the memorandum of points and authorities. I understand that the Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and prospects for resolution of this matter. I understand that it is the Lead Plaintiff's responsibility to direct counsel with respect to this litigation, after receiving the benefit of counsel's advice. I approved WeissLaw as my designated Lead Counsel. I approved of the filing of a motion on my behalf seeking appointment as Lead Plaintiff.

4.    I attest to, among other things, my belief in the merits of this action; my desire to achieve the best possible result for the Class; my interest in prosecuting this case; my understanding of the fiduciary obligations of a Lead Plaintiff; and my preparedness to supervise counsel and undertake all actions necessary to ensure that the Class's claims will be zealously and efficiently litigated. I hereby affirm that the

- 2 -

Case No. 2:21-cv-06918-PA-JC
DECLARATION OF ALLEN J. WIESENFELD
IN SUPPORT OF LEAD PLAINTIFF MOTION

foregoing statements, as well as all other statements set forth in this Declaration, are true and correct statements of my views and intentions with respect to this litigation, and that I seek appointment as Lead Plaintiff in this action.

5. Given my significant financial interest in the claims against the defendants, I am strongly motivated to recover the significant losses that I and the Class suffered as a result of defendants' violations of the federal securities laws. My principal goal in seeking to serve as Lead Plaintiff in this case is to achieve the best possible recovery for the Class from all culpable parties. I am committed to ensuring the litigation is litigated as zealously and efficiently as possible, in accordance with my duties under the PSLRA.

6. If appointed Lead Plaintiff, I will satisfy my fiduciary obligations to the Class by, among other steps, conferring with my counsel regarding litigation strategy and other matters, reviewing and approving the filing of important litigation documents, attending hearings, depositions and trial, when necessary, and participating in settlement discussions and mediations. Through these and other measures, I will ensure that the HyreCar securities litigation will be vigorously prosecuted consistent with the obligations of a Lead Plaintiff under the PSLRA and in the best interests of the Class, and will seek to obtain the greatest possible recovery for the Class.

7. After reviewing the allegations plead in the complaint, and consulting with my counsel, I independently determined to seek appointment as Lead Plaintiff, and subsequently approved the filing of a motion seeking my appointment as Lead Plaintiff. I agree that my resources and ability to engage in decision-making will materially benefit and advance the interests of the Class in this case.

8. I understand that the Lead Plaintiff's share of any recovery is the same as every other potential Class member. As my Certification states, I will not accept any payment for serving as a representative party beyond my pro rata share, except any

- 3 -

Case No. 2:21-cv-06918-PA-JC
DECLARATION OF ALLEN J. WIESENFELD
IN SUPPORT OF LEAD PLAINTIFF MOTION

reasonable costs and expenses directly related to the Class representation, as ordered or approved by the Court pursuant to the PSLRA.

9.     I understand that the PSLRA and courts throughout the country, including courts in this District, have endorsed the appointment of individual investors to serve as Lead Plaintiff when they can establish that they can oversee the litigation and their proposed Lead Counsel in an independent manner. I intend to prosecute this litigation in such an independent and vigorous manner.

10.     I also understand and appreciate that the Lead Plaintiff is obligated under the PSLRA to select the Lead Counsel as part of the lead plaintiff process and to monitor the action to ensure it is prosecuted efficiently. I have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation. In this case, I selected WeissLaw to represent myself and the Class as Lead Counsel, subject to approval of the Court. I believe that WeissLaw and its personnel are experienced in the area of securities class actions and have a proven track record of successful recoveries. I am even more convinced of the correctness of my choice for Lead Counsel after speaking to the members of the firm and hearing the various issues that are being litigated regarding the motion for the appointment of Lead Plaintiff that they have ably presented to the Court.

I, Allen J. Wiesenfeld, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 26th day of October, 2021.

Allen J Wiesenfeld (Oct 26, 2021 16:51 EDT)
ALLEN J. WIESENFELD

- 4 -

Case No. 2:21-cv-06918-PA-JC
DECLARATION OF ALLEN J. WIESENFELD
IN SUPPORT OF LEAD PLAINTIFF MOTION