# EXHIBIT A

**HyreCar Inc. (HYRE)**
**Class Period: May 14, 2021 to August 10, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Description | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 76-Day* Mean Price $9.3736 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hoyos, Dillan | Common Stock | 6/30/2021 | 100 | $20.5842 | ($2,058) | PreClass 8/11/2021 | 100 (100) | $10.2200 | $1,022 | 100 | $937 | ($1,121) | ($1,036) |
| Hoyos, Dillan | HYRE August 20, 2021 $30.00 Put | | | | | 6/26/2021 | (1) | $9.7000 | $970 | | | $970 | $970 |
| **Hoyos, Dillan** | **Total** | | | | **($2,058)** | | | | **$1,992** | | | **($151)** | **($66)** |

*Average Closing Prices from August 11 to October 25