# EXHIBIT 8

Exhibit 8
263

Seeking Alpha$^\alpha$

Transcripts    Services

# HyreCar Inc. (HYRE) CEO Joe Furnari on Q4 2020 Results - Earnings Call Transcript

Mar. 30, 2021 9:31 PM ET | **HyreCar Inc. (HYRE)**

**Play Earnings Call**

HyreCar Inc. (NASDAQ:HYRE) Q4 2020 Results Earnings Conference Call March 30, 2021 4:30 PM ET

**Company Participants**

Joe Furnari - Chief Executive Officer

Scott Brogi - Chief Financial Officer

**Conference Call Participants**

Mike Grondahl - Northland Securities

Tom White - D.A. Davidson

Mark Argento - Lake Street Capital

Jack Vander Aarde - Maxim Group

Josh Goldberg - G2

**Operator**

Ladies and gentlemen, thank you for standing by. Welcome to the HyreCar 2020 fourth quarter and full year 2020 earnings conference call. At this time, all participants are in a listen-only mode. After the speaker presentation, there will be a question-and-answer session. [Operator Instructions]. Please be advised that today's conference may be recorded. [Operator Instructions].

I would now like hand this conference over to your speaker host, Joe Furnari. Please go ahead, sir.

**Joe Furnari**

Thank you operator and welcome everyone to our 2020 fourth quarter and full year earnings conference call.

Before we get started, I would like to take this opportunity to remind you that during this call, we will be making forward-looking statements within the meaning of Federal Securities Laws regarding HyreCar Inc. Forward-looking statements include, but are not limited to, statements that express the company's intentions, beliefs, expectations, strategies, predictions or any other statements relating to its future earnings, activities, events or conditions.

These statements are based on current expectations, estimates and projections about the company's business based in part on assumptions made by management. These statements are subject to known and unknown risks and uncertainties that could cause actual results to differ materially from those projected or implied during this call, in particular, those described in our risk factors included in our documents that the company files with the U.S. Securities and Exchange Commission.

In addition, such statements could be affected by risks and uncertainties related to factors beyond the company's control. You should not rely on our forward-looking statements as predictions of future events. All forward-looking statements that we make on this call are based on assumptions and beliefs as of today and we undertake no obligation to update them, except as required by applicable law.

Our discussions today will include non-GAAP financial measures. These non-GAAP measures should be considered in addition to and not as a substitute for or in isolation from our GAAP results. A reconciliation of GAAP to non-GAAP results will be found in our earnings release and supplemental materials, which will be furnished with our Form 10-K that will be filed with the SEC and will also be found on the Investor Relations portion of our website.

Now we turn to our annual results. A year ago, in March of 2020, we said, we are living in unprecedented times in our work and home life as we confront the global pandemic of COVID-19, but these times will test and prove the value of our business model as a platform for people and companies to participate in the rapidly changing transportation industry.

Fast forward to today and these words proved accurate. HyreCar's effort to expand the platform by identifying opportunities in prepared food, package and grocery delivery and by rapidly expanding our emphasis on delivery in March last year proved to be the right move by our team. As a result, net revenue increased 59% to $25.2 million for the fiscal year, up from $15.9 million in 2019 and rental days increased 63% to 1.014 million for the fiscal year, up from 621,000 in 2019.

Exhibit 8
264

I want to recognize the collective efforts of the entire HyreCar team. We thank them for their hard work in making this happen and the support of our stakeholders, investors, partners and advisors during what was and currently challenging year. We could not do this without all your efforts and we thank you.

A main source of HyreCar's strength has been continued robust driver demand. For the year, 15,100 new unique drivers picked up a car on our platform, a 29% year-over-year growth rate. Our expansion to include food, grocery and delivery, plus our focus on increasing customer retention drove revenue and rental day growth rates, helping us sustain during the lockdown and continuing to recover as we look to a post-COVID world.

As evidence of continued strength in the delivery business, DoorDash and Grubhub said that they are seeing an acceleration in their businesses. One of the key metrics given was their expectation for driver incentives. Their expectation is that driver incentives remain flat for the foreseeable future, which is a good indication that demand for delivery, grocery and prepared food is still strong and drivers are flocking to their sites to earn income.

We foresee continued growth in gig rental demand as more consumers and businesses adopt Delivery-as-a-Service. We believe that the use of these services by a wider audience is sustainable because it represents the acceleration of a trend that COVID enhanced. As a result, TAMs on delivery platforms will continue to grow.

For example, Uber Eats grew over 200% year-over-year last quarter and they have only penetrated 30% of restaurant delivery opportunities in the U.S. Even small independent restaurants have adopted delivery services to serve more customers, as evidenced by 70% year-on-year growth in Grubhub's Daily Average Grubs index, noting an acceleration of adoption in Tier 2 and 3 cities and rural areas.

Two-thirds of HyreCar drivers are now predominantly delivery oriented and we see COVID as having accelerated the opportunity in the local Delivery-as-a-Service environment, not just for food, where micro logistics and lower basket sizes now have a flywheel effect moving forward, but everyone is now starting to move into adjacent land, alcohol delivery, hemp products, pharma and packages.

For example, Amazon said they are increasing their investment in local assets as they start to reimagine local fulfillment and distribution centers away from airports. Sourcing a vetted supply of drivers in local environment is how we have been able to sustain our growth and strong delivery platform demand suggests HyreCar driver economics will remain attractive, creating a sustainable environment supporting larger and larger driver pools.

In addition to gains from delivery, Uber and Lyft have recently said the rideshare business is increasing week-over-week and they are having their best weeks since the pandemic. The have also said they expect to increase driver incentives to help drivers return to rideshare and is a great indication of demand as states expand their reopening trends. So as we move into the next phase of COVID, which we hope is full recovery and reopening, the combination of delivery service and recovering rideshare volumes will further strengthen the demand side of our platform.

On the car supply front, we are starting to see increased vehicle supply onto the platform from our previously announced partnerships and specialty fleet suppliers. On January 28, we announced an expanded partnership with AmeriDrive Holdings. That announcement included new relationships with Cogent Bank for innovative financial services, a national fleet supplier and an automotive aftermarket retail and service chain with over 900 locations nationwide. AmeriDrive is leveraging these locations for HyreCar, AmeriDrive branded parking spaces and vehicle logistics. We are currently operating out of five stores in the Southeast and expect to operate in 35 stores by the end of the year.

I am happy to say that these new partnerships are delivering the expected increase in vehicle supply. We have gone from an average of a little over 3,000 average daily rentals or ADRs in Q4 to sequentially trending toward an ADR average of 3,500 in the month of March, with a run rate of over 4,000 ADRs expected in April as the first 1000 cars from this initiative are onboarded and continue moving through the reconditioning pipeline.

We did encounter some logistical constraints that hampered our efforts to scale as quickly as we would have liked with our expanded AmeriDrive initiative in March. Record-breaking inclement weather in the Southeast complicated vehicle transportation, preparation and titling efforts. We fully expect to have our initial AmeriDrive vehicle supply goal reached in April. I believe that we are on strong and steady run rate that will continue through the second quarter and will further ramp into the back half of the year as dealer supply and state reopenings accelerate tailwinds.

In addition, franchise and independent dealers are experiencing vehicle shortages due to the lack of new car supply and record used car prices. With vehicle purchase demand high, there are fewer regional dealers listing gig rentals than originally anticipated. Part of the unprecedented demand for used vehicle is driven by significant interruptions in new car production due to COVID-related supply chain issues and pent-up demand from lockdown. This will only get stronger as government stimulus flows through the economy.

However, while dealer sourced vehicle supply is temporarily constrained, we are seeing vehicle platform growth from specialty fleet and rental car companies who want to find other ways to utilize their vehicles. In fact, our internal sales team have been successful with increasing vehicle supply from existing customers.

So separately, we are finding incremental revenue opportunities. One opportunity is to leverage our growing customer base to generate incremental revenue. We previously announced one of the first major non-rental revenue initiatives this quarter, our collaboration with a leading automotive research and consumer buying website, TrueCar. In internal surveys, over 30% of our renter customers tell us they intend to purchase a vehicle in 90 days or less. I firmly believe that HyreCar is in the infancy of unlocking the value from our customers that ultimately buy, finance and insure vehicles.

We are also going out a new initiative that will allow us to assist our fleet partners and drivers to get the financing they need to purchase and operate vehicles. As part of this initiative, we launched a new program this past quarter to help customers buy a vehicle while earning income on our platform. The new program is called Earn-to-Own. We are working with specific financial partners that welcome gig customers and provide competitive financing options that consider our drivers rental payment history to help them qualify for loans.

Exhibit 8
265

We believe this is an industry first. The gig driver is a highly underserved consumer and often have multiple barriers to buying and owning a car. A key component Case 2:21-cv-06918-FWS-JC Document 67-10 Filed 12/27/21 Page 4 of 10 Page ID #:884 And we have other initiative and development. It's important to state that these initiatives are designed to improve HyreCar's value proposition for vehicle dealers and provide more reasons for gig drivers to rent on HyreCar's platform.

Initial data proves that this program is resulting in longer driver rental periods. We are in the early innings of these initiatives, but by leveraging existing opportunities that have not been monetized in the past, we are looking at these programs as a way to create stickiness to the HyreCar platform for both owners and drivers, resulting in increased lifetime value and higher satisfaction rates of customers.

And lastly, our business development team is incorporating more electric vehicles on to the HyreCar's platform. It is our goal to join Uber and Lyft in their objective to be carbon neutral by 2030. Uber has begun to incentivize drivers through additional bonus pay for driving EV vehicles, which enables them to earn up to 10% to 15% more. This is a trend we see accelerating into 2021 and beyond. Additionally, there are significant government incentives for fleet operators and OEMs to include zero emission vehicles in their fleets. These incentives increase the margins for operator on the HyreCar platform and encouraged EV car supply growth.

So with that, I would now like to turn the call over to Scott Brogi, our Chief Financial Officer, to walk us through some key financial elements from the fourth quarter and fiscal year. Scott?

**Scott Brogi**

Thanks Joe. 2020, was a difficult year in so many ways but by expanding our platform to rideshare plus delivery the HyreCar team was still able to meet the original goal we had set going into 2020 of exceeding one million rental days in the year. Rental days increased 63% to approximately 1.014 million rental days for the 12 months ending December 31, 2020, from 621,000 for the prior 12 months ending December 31, 2019. For the three month period ending December 31, 2020, rental days increased by 41% to 277,000 rental days from 197,000 rental days in the prior year's fourth quarter and sequentially were flat from the third quarter ending September 30, 2020 as the impact of the second wave of COVID was felt through the ridesharing segment of the business in several of our key geographies through the early winter.

Net revenue grew 59% to $25.2 million for the 12 months ending December 31, 2020, from $15.9 million for the prior 12 months ending December 31, 2019. Fourth quarter revenues grew 46% to a quarterly record $7 million for the three months ending December 31, 2020, from $4.8 million for the prior year's fourth quarter and sequentially represents a 3% increase from $6.8 million in the third quarter ending September 30, 2020.

Cost of sales increased for the year ended December 31, 2020, to $16.9 million from $9.8 million the prior year as insurance expenses continue to account for the majority of cost of goods sold primarily due to some seasonal shifts in insurance costs to support higher levels of car supply through the winter quarter. We expect new partnerships with the best insurers, brokers and administrators to continue to enhance our program and make HyreCar the platform of choice for domestic vehicle operators.

As a result, gross profit for the 12 months ending December 31, 2020, was $8.3 million increasing 38% from $6 million in the year ago period ending December 31, 2019. Gross profit margin was 33% for the 12 months ending December 31, 2020, down from 38% in the year ago period ending December 31, 2019, as we accelerated insurance claims to shrink processing time and get more cars on the platform sooner. We continue to expect our gross profit margin to increase of 45% to 50% on a going forward basis, as we improve insurance processes and increase other revenue from high margin subscription and referral income.

Operating expense increased to $23.5 million for the 12 months ended December 31, 2020, from $18.7 million in the same period the prior year or by 26% year-over-year. This was primarily due to increased operations, sales and technology expenses to drive higher business levels and invest in operations and technology, in particular to further accelerate the platform into 2021. After $3.3 million in non-cash stock-based compensation in 2020, up from $2 million the prior year, cash operating expenses totaled $20 million for the year, in line with our 2020 quarterly target OpEx range of $4.5 million to $5 million. We anticipate increasing operating leverage into 2021 as we significantly increase revenue and so we estimate slightly higher quarterly cash OpEx of $5 million to $5.5 million in 2021.

Our net loss increased to $15.2 million or $0.87 per share for the 12 months ended December 31, 2020, from $12.5 million to $0.90 per share the prior year. After backing out non-cash items, negative adjusted EBITDA of $11 million was slightly above the prior year's $9.6 million.

Cash totaled $4.9 million as of December 31, 2020, a decrease of $5.7 million for the year from $10.6 million at December 31, 2019 and a sequential decrease of $1.9 million from $6.8 million for the prior quarter. We also completed a significant equity financing of $29.7 million last month. So as of today, we have over $25 million in cash and investments in the bank primarily with JPMorgan Chase.

Now I would like to turn the call back to Joe for final remarks.

**Joe Furnari**

Thanks Scott. To summarize, COVID has created an expanded opportunity for our platform and HyreCar's performance was a validation that our business model can capitalize new opportunities as they appear. The only gating factor to our growth is car supply and we are executing on this goal to secure fleet partners at scale in real-time. TAMs on delivery platforms are now just as big as the TAMs on rideshare and this represents an expansion of our platform.

Bottom line, we have shown that HyreCar is nimble enough for any business environment and we remain confident that as the driver confidence starts to return and more businesses reopen, so too will rideshare. The combination of delivery and rideshare demand has created merging tailwinds that are driving our business forward.

With that, operator, let us move to Q&A.

Exhibit 8
266

**Operator**

And our first question is coming from the line of Mike Grondahl with Northland Securities. Your line is open.

**Mike Grondahl**

Hi. Yes. Thanks guys. Hi Joe, it sounds like 4Q had 3,000 cars, March is going to average about 3,500. But it sounds like you have got another chunk of cars on late March. So April is going to be about 4,000. So you have got that first thousand on, how do you think about 2Q, 3Q? Kind of what comes next? Because that's a hefty pace of cars, practically 1,000 in a quarter?

**Joe Furnari**

Yes. I agree, Mike. And thanks for the question. Good to hear from you. Yes. I think that what we said in the script was that, we are going to really see a steady run rate and an increase in there as they work out the kinks in a lot of the reconditioning pipeline. And so we are in process of adding a tremendous amount of cars.

I am not really comfortable giving specific numbers there but a steady run rate is what we are on and what we are seeing. I think it gets complicated a little bit with some of the supply chain logistics that are going on in the auto industry right now. But it's a relatively small amount of cars compared to the amount of cars that sell at auction and that are going to be coming out available in the used car market.

So I see a healthy run rate there and I like where we are trending right now. I am happy that we were able to really hit the numbers that we had kind of thought we were going to hit in Q1, at the end of Q1. So yes, it's starting to look good and it's starting to work out really well.

**Mike Grondahl**

Great. Secondly, it sounds like delivery is robust and that sort of TAM or opportunity you are leaning into quite a bit. How would you describe rideshare? Is rideshare at a third of the levels pre-COVID? And do you see that as incremental cars going forward? Or how do you scope rideshare for us?

**Joe Furnari**

Yes. So right now, rideshare is about 50% of what it was last year in Q4. But we are seeing that they are having their biggest weeks ever post-COVID. And so typically, we have trended with them. So as they have grown, we have grown. And you can kind of see that in the ADR numbers that we reported as well.

As more states start to reopen, I think you are going to see more and more ridesharing coming back. The number one use case is the daily commute for rideshare. Number two is bars and restaurants. And number three is probably airport rides. And all of that stuff looks like it's coming back strong in the next couple of quarters. So it's providing some real tailwinds, I think, for us as delivery remains strong as well. So those dual tailwinds, I think, really push us into the second half of the year.

**Mike Grondahl**

Got it. And last question. Are you talking to incremental new fleet managers? Is that broadening out a little bit your supply of cars? Or how would you describe that?

**Joe Furnari**

So we are really focused on commercial right now, on what we call commercial supply versus the peer-to-peer supply. AmeriDrive and the relationship with a large fleet provider as well as the retail outlets, we are going to look to really leverage that piece of it. But then right behind that, there is two or three other larger specialty fleet operators that are coming onto the platform that are adding, that want this to expand. So we see that as kind like the next phase and it's additive, right, to our ADR counts. So yes, there are more fleet operators that we are going to be announcing and leaning into as we really start to ramp up.

**Mike Grondahl**

Got it. Great. Thank you.

**Operator**

And our next question is coming from the line of Tom White with D.A. Davidson. Your line is open.

**Tom White**

Great. Thanks guys for taking my questions. Just a couple on supply. Joe, I was hoping you could just maybe provide a bit more color on your comments about, I think you said that dealer sourced inventory was looking maybe a little tight. And I guess I maybe would have thought that dealers, at least in 2021, they would be sort of more flush with new vehicles certainly than they probably were last year, just given what happened to OEM production rates at the height of the pandemic. So maybe just kind of help us understand like what's sort of the optimal set up for you guys when it comes to dealership supply? Is it when dealers are kind of flush with new vehicles? Is it more, should we sort of be monitoring like used vehicle supply at dealerships to get a sense of how the supply may come to you? And then just to clarify the question, do your big institutional supply partners, are those agreements, are you guaranteed a certain amount supply? Or is it sort of at the will of the partner the extent to which they are participating in your marketplace?

**Joe Furnari**

Exhibit 8
267

Hi. Good questions, Tom. So from a new car perspective and the dealership's perspective, as manufacturing ramps up at the OEMs, you are going to see a lot of those cars starting to flow onto dealer rows. When those cars start flowing on dealer lots, you start to see a lot more trade-ins coming. And that should put downward pressure on the secondary markets for used cars.

Right now, markets for used cars are at 2,000 to 3,000, 4,000 in some cases above adjusted MMR. And what that means is that there is a lot less used cars in the market for those dealerships to put cars on our platforms. So the way we were combating that right now is through specialty fleets. Specialty fleet being AmeriDrive and a few others that already have the cars plated and tagged.

Historically, there has always been four channels of vehicle supply. First channel has always been the peer-to-peer aspect of it which is shrinking over time. And then you have the dealerships. You have specialty fleet. And you have rental cars. We are seeing a major growth right now on the platform from specialty fleet.

And then, in terms of the question about the guarantees we have these partnerships in place, specifically with AmeriDrive, where they have financing involved there. And that financing is mandated to purchase vehicles and put them on the HyreCar site. So you are going to start to see, so from a guarantee perspective, they have committed to adding a certain amount of cars. And we are going to start to see those cars flowing on. We have already started to see them make a meaningful impact in Q1 with the ADR growth.

And we expect that to steadily ramp and really pick up speed in the second half as manufacturers start to add new cars or start to roll off the assembly line. As those new cars start to roll off assembly line they hit the dealer floors and then the normalization of used cars starts to come in to play. So it's all connected at this point. But it feels like it's starting to normalize and starting to see more and more cars coming on from specialty fleet. So that's what we are seeing now.

**Tom White**

Okay. Thanks for that. That's helpful. Maybe just a quick follow-up on the fleet, operator and rental car supply channel for you guys. Should do you guys expect that once leisure travel demand kind of rebounds and presumably demand for rental cars from people who are on trips and whatnot picks up, is that going to have an impact on kind of your ability to access supply from that channel? I mean it sounds like you are going to be adding additional partners. So presumably that channel grows. But I am just curious whether there might be more demand from leisure travel kind of picking up when it comes to rental car vehicles or maybe some of the specialty fleet too?

**Joe Furnari**

Yes. Well, certainly, like it's something that we have been grappling with for the last four or five years which is, there is a tremendous amount of demand right now from drivers, both from the delivery side and the rideshare side. It's the ability to source fleet in to those and it has to be a reliable fleet. And that's why I think this AmeriDrive deal that we announced in January is so important is because it provides a dedicated fleet to the platform.

And so I think in terms of going forward, as the economy starts to reopen, states start to reopen, you see kind of like a natural course of business where fleet managers are adding cars, you have individuals adding cars, you have many fleet operators adding cars. And so the way I think about it is, that's normal course. You are going to continue to see those cars flowing on the platform but then you also have these bigger deals like AmeriDrive where it's incremental addition of vehicles.

And what we see is when those cars come on to the platform, did we rent them, right, because that's the amount of demand that we have. And so that incremental add is where we see the growth from the larger partners. So as AmeriDrive ramps up and steady state through the end of the year as we get more specialty fleet that already have the fleets sitting there and they want to run utilization, that's how we are going to grow.

I think what I am hearing from these specialty fleet managers is they like the utilization of our platform that our platform drives. It's a longer duration of rental versus the leisure. That's typically like two or three days. Right now, we are running at about 18 days. And that's been pretty steady throughout the year in terms of rental duration. And so what that means is less overhead for those fleet operators to have to intake that car, recondition and put it back on to the site.

So we are seeing a lot of basically fleet managers switching over to our platform to rent those cars. And so I don't see that slowing down as the economy opens. I see it only picking up at this point.

**Tom White**

Okay. Great. Thanks a lot, Joe.

**Joe Furnari**

Thanks Tom.

**Operator**

And our next question is coming from the line of Mark Argento with Lake Street Capital. Your line is open.

**Mark Argento**

Hi Joe. Hi Scott. I just wanted to dig in a little bit on gross profit. I know, Scott, you mentioned you anticipate getting back at the 45% to 50% level. That's something you think happens relatively imminently? Or what's kind of the ramp to that level?

**Scott Brogi**

Exhibit 8
268

Case 2:21-cv-06028-FWS-JC   Document 67-10   Filed 12/27/21   Page 7 of 10   Page ID #:887

Yes. I think we will grow into that over the next couple of quarters. I think it's going to be dependent on two primary things. We talked a little bit about the velocity of claims payments in late 2020. And again, with car supply tight, a lot of that was to get cars back on the platform as quickly as possible, right, so that we can continue to drive those rental days. So you have got that piece happening.

And then I think there's been a lot going on around some of the new other revenue sources that we have. And that's both subscription revenue as well as referral income. And we just recently announced the new TrueCar relationship. So we think the combination of returning to more normal levels on the claim side having brought that now kind of completely current as well as starting to have some of those other revenue sources kicking in, you have got kind of two levers there to really start to drive GP on a going forward basis.

**Joe Furnari**

So I think we have got a good chance of getting there over the next couple quarters.

**Mark Argento**

Do you see the claims issues, is that kind of more one-time in nature? Or is that something that you get to see kind of like pop-up from time-to-time? Or is that something you can make more of a spread over the quarters on a more normalized basis?

**Joe Furnari**

Yes. I mean it's a really good question, Mark. I think what we have been seeing is, we put a lot of effort into the front end of the process here in 2021. So I don't think we have formally announced it but we did have a selection process for a new third-party administrator so that we could bring both the PD claims and the liability claims together so that you are having a really efficient determination of responsibility. And then again, dealing with those claims quickly so that you can get those cars back on the platform.

I know Brian Allan's been nudging us both repeatedly over the last couple weeks as he gets texts from car suppliers around the country who are really excited about that new TPA process that we put in place. So I think there was a little bit of catch-up that we needed to do to really shrink that turnaround cycle. And we have done that dramatically. And then now on the going forward basis with the improvements in the TPA, I think we are going to see an actual reduction in some of those expenses going forward.

**Mark Argento**

Got it. And then just getting back to the AmeriDrive relationship. So it sounds like maybe a little bit of a slower start due to some weather but seems like you got it coming along here pretty good. In terms of the next year, is there any reason to believe you guys couldn't get to that 5,000 to 6,000 car bogey 12 months out? Or what's your thinking longer term in terms of kind of fully deployed?

**Joe Furnari**

Yes. The initial commitment was 6,000 cars. So we are driving towards that. And I am driving everybody towards that right now internally and externally. We have weekly meetings with AmeriDrive. I am talking to Carlos over there daily and Agustin, his operator there. They are leveraging these national fleet suppliers and the national retail chain as well to really ramp up.

We mentioned it, they are in five stores now but this national retail chain has over 900 stores in the U.S. And so the plan for them is to leverage that footprint and really ramp. And so that's what we are doing. This is the year of execution. And I think the results over this first quarter show that that we can execute at a really aggressive pace here. So I am really happy with that. It looks like we have got some really good news to announce in the next couple of quarters. So I am excited.

**Mark Argento**

Great. Thanks guys. Good luck.

**Joe Furnari**

Thanks Mark.

**Scott Brogi**

Thanks Mark.

**Operator**

Our next question is coming from the line of Jack Vander Aarde with Maxim Group. Your line is open.

**Jack Vander Aarde**

Great. Hi Joe. Hi Scott. Thanks for taking my questions. I had mostly financial related questions. And a lot of my question have been asked already. But I will start with more of a qualitative question for Joe. Joe, on the new Earn-to-Own offering, helping provide HyreCar drivers with the financing options to eventually I guess I own the vehicle they are renting sounds like a great idea. Just for, I guess, clarity, it sounds like you mentioned that you already launched this officially? Or have you launched like a trial or beta testing period? Or is it out, the real deal is out, it's active and official now?

**Joe Furnari**

Exhibit 8
269

It is active and official. And we are actively marketing to drivers right now. The thing I liked about that program is that it's a three to four months financing program or Earn-to-Own program where we are giving this driver a car, meaning that we are giving them a financing option and a car and he also has a job, right, because we know he's an Uber or Lyft driver or a delivery driver.

Case 2:21-cv-06918-FWS-JC   Document 67-10   Filed 12/27/21   Page 8 of 10   Page ID #:888

So from a risk standpoint, from the financing entity, it's a great risk. It's a great customer to have. And the duration of that rental is going to be around three or four months. And so that quintuples our lifetime value of a customer. And then at the end, that driver has a car and I think it's a win-win for everybody in that situation. So I am excited about that. Relatively small, I think we have three or four participating dealers, one financing entity.

But I see that really growing fast throughout the rest of the year along with some of these other ancillary revenue opportunities that we are chasing down right now including subscription and TrueCar and Earn-to-Own and some of the insurance affiliates programs that we have going. So between those four or five initiatives, I see that kind of really adding to GP in the future.

**Jack Vander Aarde**

Great. That's helpful. And actually just a follow-up, it's interesting, you said around three to four months kind of rental duration which, yes, it's definitely above, I think, your median in the past around that 23 days or so. So that definitely will increase mix shifts higher your overall utilization levels. So that's great. And just speaking of utilization, how did those track during the fourth quarter and throughout the first quarter so far? Maybe Scott has answers to that as well.

**Joe Furnari**

Sorry, Jack. We missed that last question. What was that?

**Jack Vander Aarde**

I am sorry. So for utilization overall for HyreCar, how did utilization overall track during the fourth quarter? And how are they trending throughout the first quarter?

**Joe Furnari**

So from a utilization standpoint, pre-COVID, we are trending above 85% to post-COVID dropped down, we are in the low-60s, high-50s. And it's steadily trended up to the point now where I think we are like around 86% or so which seems to be, from a utilization standpoint seems to be kind of like where the overall platform kind of normalizes or levels off. I mean you look at partners like AmeriDrive and some of the others that we pin to the top of the search results or kind of prioritize and narrow those for the search results, they are running 90%-plus. So that gives you an indication of the amount of demand that we are driving there.

**Jack Vander Aarde**

Got you. That's helpful. And that's great to hear. And then, Scott, you have already kind of been asked about the gross margin. Maybe I will just quickly shifts then to a GAAP OpEx perspective. I think fourth quarter, it looks like it comes out to be about $6.2 million of total GAAP OpEx. Is this a good base level for us to kind of assume going forward throughout each quarter in 2021? Or do you expect anything to shift around increase just given this new car supply ramp?

**Scott Brogi**

Yes. So Jack, I think for the full year, we came in sort of cash OpEx right around $20 million, which was kind of in that $4.5 million to $5 million cash OpEx a quarter that we talked about before. We have made some investments particularly on the sort of outsourced sales and support side, leaning in on supporting dealers. We already talked about some of those other incentives.

So I think what we are probably looking at is that, I think I mentioned we are probably looking at something more in the range of kind of $5.5 million quarterly number. So instead of $4.5 million to $5 million a quarter on a cash basis, we are probably looking more at a $5.5 million kind of range on a quarterly basis. So ticking up a little bit, we have had some investments on the technology side as well to further automate the platform so that we are in a position to be able to scale faster here in 2021. So I think that's more the range that we think we are looking at.

And then if you kind of extend that logic and look at a breakeven point from there, you are still going to be in that range where 4,500 cars should get us to breakeven as we have talked about in the past. So we took the OpEx up a little bit but we think the contribution that's coming from those cars because it's in the right markets, it's still going to get us to breakeven at that kind of a 4,500 daily rental kind of numbers.

So anyway, went a little further with the answer but I thought that that might have been where you would end up. So I just wanted to cover it.

**Jack Vander Aarde**

I am always appreciative of extra color than less. So I appreciate that. Thank you. I will jump back in the queue, guys. Thanks. Best of luck in 2021.

**Scott Brogi**

All right. Thanks Jack. Take care.

**Operator**

[Operator Instructions]. Our next question is coming from the line of Josh Goldberg with G2. Your line is open.

**Josh Goldberg**

Exhibit 8

270

Hi Joe and Scott. How are you doing?

**Joe Furnari**

Hi Josh.

**Scott Brogi**

Hi Josh. How are you doing?

**Josh Goldberg**

Great. So I think it's just really impressive what you have accomplished over the last 12 months. And when you think about kind of the biggest issue post-COVID was this car supply. And here you guys have been able to not only increase your car supply but also do it at a point where you have been able to raise capital and be so well capitalized to be able to market into this additional car supply. And I think some of the questions that people are asking is, is it true, is it possible? Did you guys actually raised these kind of cars supplied during this time? And I think you've made that clear. But I think that what investors are looking forward now is just some sort of guidance on how fast these cars will ramp? I mean obviously the fact that you are increasing your OpEx and that you have got confidence from your partners they are going to try to get to 6,000 cars at the end of the year, it seems like the analysts ramp from the first to the second and then really specifically to the third and fourth quarter. It seems like the right way to go. And I am just curious if you can either, number one, talk about the time and effort to kind of get them up to speed now in terms of AmeriDrive and how it's starting to ramp in the initial kind of feeling in terms of how it's responding? And then really more importantly, to Mike Grondahl's questions about the ramp through the back half of the year, if maybe you could talk a bit more about that? And then I have a follow up.

**Joe Furnari**

Yes. Maybe a couple of different angles on that piece. We are starting to see green shoots with all of the state's opening up, right. So general trends are that ride sharing is going to continue to really ramp. And that provides a tailwind for us. And so as I think about it, I think I see the demand kind of coming in late summer, fall and really start to ramp through the year on that side. And so the way we kind of think about is, those steady state, maybe the incremental adds for this next quarter, I mean we are already done with Q1, it's crazy. But now we go into Q2 steady state and then really ramp in the back half of the year because I think not only do you have the green shoots, but the second kind of angle is to look at it from the used car angle which is, we see probably used cars starting to normalize in the third quarter and fourth quarter. And as that starts to happen, it's a lot easier for not only AmeriDrive but also all of our other partners that are in the market buying used cars to add to its scale and really start to add into the market and add cars on to our marketplace. So those kind of dual tailwinds --

**Josh Goldberg**

So the confidence you have in terms of this 2021 ramp is you feel better now than you probably did even a few weeks ago before the AmeriDrive ramping?

**Joe Furnari**

Yes. There's always some uncertainty when we are rolling out these big partnerships, right. But I think the fact that they were able to acquire these cars and run through the pipeline, it's always like the first 100 cars are tougher than the next 900 cars. And so I think we were able to figure out all those logistics. We had people in market, all of our account managers with all hands on deck really ramping these guys up into kind of the second half of March. And so that's where -- I am excited that we were able to do that. I am really starting to see that ramp and going from there.

**Josh Goldberg**

Okay. Great. And the second question for Scott and really I think you guys did a really good job on the presentation, the press release talked about different highlights that you have had. You did not report the weekly rental days in the press release. And I am just curious if that's your plan going forward. On the press release, though you did add something talking about new drivers on the platform, that was up 29%. Can you just give us some clarity on what that metric is? Why did you decide to include it now going forward? And if you plan on not having the weekly or monthly days anymore? Thanks again.

**Scott Brogi**

Sure. Yes. Thanks Josh. And maybe I will start with the weekly piece and then Joe can hit on the new driver piece a little bit. But the weekly granularity was really critical a year ago, early in COVID, right, as we saw that first fall in March of 2020 and then started to rebound in April, right, because we wanted to provide that kind of visibility that we weren't down 80% or 90% like other people in the sector were. So we felt that was really important.

But I think we are now getting back into a more regular cadence and we would we would typically look to share that information on a monthly or quarterly basis. So that's really the thinking now that we are stepping into wrapping up 2020 and heading into a new fiscal year that we would be more on a kind of monthly or quarterly cadence moving forward.

And then I know that the number you were talking about -- sure.

**Josh Goldberg**

Yes. Just one thing on that. I just wanted to make sure I heard that right in terms of in your script. Even though you are exiting at 3,500 cars, you didn't have the entire quarter at 3,500 cars. I just wanted to make sure I understood that. And then you said you are going to exit April at 4,000 cars. So it probably means that your second quarter is going to average above 4,000 cars. I just wanted to make sure I have that right that the first will be below 3,500 cars and very possibly the second quarter will be above 4,000?

Exhibit 8

271

**Scott Brogi**

Yes. You got it.

**Josh Goldberg**

Okay. Because as you explained it the first time, I don't think it was clear that way.

**Scott Brogi**

Right. Yes. And so when we say an average of 3,500 car run rate in March, a good chunk of those cars are coming on in the second half of March. And so you are not going to see all of it in terms of the run rate for Q1. But you are definitely seeing the increase in those cars as we kind of opened up the funnel there once we figured out all the logistics. So that that's how we think about the cars going forward.

And then in terms of the new drivers on the platform, the reason is specifically, well, we have given those new driver metrics in the past. But the reason I wanted to highlight it up above is because a 29% increase compared to a 60% increase or so in revenue, it tells you that we are doing a better job of targeting and marketing to leads that are going to remain sticky on our platform and have higher kind of basket sizes there for rentals and rental days. So that's one point of why I am highlighting that because I think marketing has done a really good job of kind of using the magic of Adwords and Facebook to drive new sticky customers.

And then from a kind of a risk underwriting perspective, I think we are doing a better job at bringing in customers that are going to be good drivers. They are not going to drive up expensive physical damage bills, et cetera. And so those two and that number of 29% growth really points to the fact that all the hard work is really exemplary of all the hard work that the marketing and technology and product and operations teams are doing there. So that's why we highlight that number.

**Josh Goldberg**

Okay. It sounds like it was a bigger number than it was the rest of the year.

**Scott Brogi**

Right. It really ramped into the second half, right. And it continued to ramp in the first quarter.

**Josh Goldberg**

Okay. Great. Thank you guys. Congratulations.

**Scott Brogi**

Thanks Josh.

**Joe Furnari**

Thank you Josh.

**Operator**

And I am showing no further questions at this time. I would now like to turn the call back over to Mr. Joe Furnari for closing remarks.

**Joe Furnari**

Well, thank you everyone for joining us. And I am looking forward to future calls as we continue to execute on the plan through 2021 and we put 2020 behind us for good, which I think a lot of people are happy about right now. So I appreciate it, everybody. And thank you for being on and we will talk to you soon.

**Operator**

Ladies and gentlemen, that does conclude our conference for today. Thank you for your participation. You may now disconnect.

Exhibit 8

272