# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN BARON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HYRECAR INC., JOSEPH FURNARI and ROBERT SCOTT BROGI,<br><br>Defendants. | CASE NO. 2:21-cv-06918-PA-JC<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT<br><br>Judge: Honorable Percy Anderson<br><br>Hearing Date: January 31, 2022<br>Time:          1:30 p.m.<br>Ctrm:          9A<br>Judge:         Hon. Percy Anderson |

On December 27, 2021, Defendants' Hyrecar, Inc., Joseph Furnari and Robert Scott Brogi moved this Court to Dismiss the Amended Complaint for Violations of the Federal Securities Laws.

The Court, Having considered the Motion, the parties memoranda and supporting papers, the arguments of counsel, the records in the above-captioned case, judicially noticed matters, and all other argument submitted, HEREBY ORDERS that Defendants' Motion to Dismiss is GRANTED.

**IT IS SO ORDERED.**

Dated:_____, 2021

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE