LATHAM & WATKINS LLP
  Joshua G. Hamilton, Esq. (199610)
    *Joshua.Hamilton@lw.com*
  Regina Wang, Esq. (326262)
    *Regina.Wang@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: 424.653.5500
Facsimile: 424.653.5501

  Meryn C. N. Grant, Esq. (291315)
    *Meryn.Grant@lw.com*
355 S Grand Ave., Suite 100
Los Angeles, CA 90071
Telephone: 213.485.1234
Facsimile: 213.891.8763

*Attorneys for Defendants HyreCar Inc.,
Joseph Furnari and Robert Scott Brogi*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN BARON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HYRECAR INC., JOSEPH FURNARI and ROBERT SCOTT BROGI, <br><br> Defendants. | Case No. 2:21-cv-06918-PA-JC <br><br> **DECLARATION OF REGINA WANG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** <br><br> Hearing Date:  May 9, 2022 <br> Time:  1:30 p.m. <br> Ctrm:  9A <br> Judge:  Hon. Percy Anderson |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

CASE NO. 2:21-cv-06918-PA-JC
WANG DECL. ISO DEFENDANTS'
MOTION TO DISMISS SAC

I, Regina Wang, declare as follows:

1.      I am an attorney with the law firm Latham & Watkins LLP, attorneys of record for Defendants HyreCar, Inc. ("HyreCar"), Joseph Furnari ("Furnari"), and Robert Scott Brogi ("Brogi," and collectively, "Defendants") in the above-captioned matter.  I am licensed to practice law in California and am admitted to practice before this Court.  I have personal knowledge of the facts set forth in this Declaration, and if called upon as a witness, I would testify competently as to these facts.

2.      I submit this Declaration in support of Defendants' Motion to Dismiss Lead Plaintiff Turton Inc.'s Second Amended Complaint for Violations of the Federal Securities Laws.

2.      Attached as **Exhibit 1** is a true and correct copy of HyreCar's Form 10-K Annual Report for the period ended December 31, 2020, filed with the Securities and Exchange Commission ("SEC") and dated March 31, 2021.

3.      Attached as **Exhibit 2** is a true and correct copy of HyreCar's Form 14A Definitive Proxy Statement, filed with the SEC and dated April 30, 2021.

4.      Attached as **Exhibit 3** is a true and correct copy of HyreCar's Form 10-Q Annual Report for the period ended June 30, 2021, filed with the SEC and dated August 10, 2021.

5.      Attached as **Exhibit 4** is a true and correct copy of HyreCar's Insurance Policy (dated February 14, 2022), accessed at https://hyrecar.force.com/hc/s/article/Insurance-Policy, on April 3, 2022.

6.      Attached as **Exhibit 5** is a true and correct copy of HyreCar's June 2021 Investor Presentation (dated June 2021), available at https://ir.hyrecar.com/events-and-presentations/presentations.

7.      Attached as **Exhibit 6** is a true and correct copy of HyreCar's Form 10-K Annual Report for the period ended December 31, 2019, filed with the SEC and dated April 14, 2020.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

2

CASE NO. 2:21-cv-06918-PA-JC
WANG DECL. ISO DEFENDANTS'
MOTION TO DISMISS SAC

8.    Attached as **Exhibit 7** is a true and correct copy of a press release entitled "HyreCar Selects Aon as Its Risk Management Partner" (published on December 7, 2020), available at https://ir.hyrecar.com/news-releases/news-release-details/hyrecar-selects-aon-its-risk-management-partner.

9.    Attached as **Exhibit 8** is a true and correct copy of HyreCar's Form 10-Q Quarterly Report for the period ended September 30, 2021, filed with the SEC and dated November 9, 2021.

10.    Attached as **Exhibit 9** is a true and correct copy of the transcript of HyreCar's fourth quarter 2020 investor conference call, dated March 30, 2021.

11.    Attached as **Exhibit 10** is a true and correct copy of a press release entitled "HyreCar Establishes Joint Venture With Industry Veterans Dave Haley and Peter Foley To Launch New InsurTech Solutions For The Ridesharing Industry" (published on October 3, 2018), available at https://www.hyrecar.com/blog/hyrecar-establishes-joint-venture-with-industry-veterans-dave-haley-and-peter-foley-to-launch-new-insurtech-solutions-for-the-ridesharing-industry/.

12.    Attached as **Exhibit 11** is a true and correct copy of HyreCar's Form 10-Q Quarterly Report for the period ended March 31, 2021, filed with the SEC and dated May 13, 2021.

13.    Attached as **Exhibit 12** is a true and correct copy of HyreCar's Protection Plans for Owners (dated January 6, 2022), accessed at https://hyrecar.force.com/hc/s/article/ProtectionPlansForOwners on April 3, 2022.

14.    Attached as **Exhibit 13** is a true and correct copy of HyreCar's Form 10-K Annual Report for the period ended December 31, 2021, filed with the SEC and dated March 15, 2022.

15.    Attached as **Exhibit 14** is a true and correct copy of an excerpt of the Auditing Standards of the Public Company Accounting Oversight Board, for fiscal years ending on or after December 15, 2020, available at https://pcaob-

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

CASE NO. 2:21-cv-06918-PA-JC
WANG DECL. ISO DEFENDANTS'
MOTION TO DISMISS SAC

3

assets.azureedge.net/pcaob-dev/docs/default-source/standards/auditing/documents/auditing_standards_audits_after_december_15_2020.pdf?sfvrsn=5862544e_4.

16.    Attached as **Exhibit 15** is a press release entitled "Record First Quarter 2021 Financial Results" (published on May 13, 2021), available at https://ir.hyrecar.com/news-releases/news-release-details/hyrecar-announces-record-first-quarter-2021-financial-results.

17.    Attached as **Exhibit 16** is a true and correct copy of the transcript of HyreCar's first quarter 2021 investor conference call, dated May 13, 2021.

18.    Attached as **Exhibit 17** is a true and correct copy of a press release entitled "HyreCar Renews Insurance Program with Lloyd's Apollo Insurance Syndicate until 2023" (published on May 20, 2021), available at https://ir.hyrecar.com/news-releases/news-release-details/hyrecar-renews-insurance-program-lloyds-apollo-insurance.

19.    Attached as **Exhibit 18** is a true and correct copy of a press release entitled "HyreCar Announces Record Second Quarter 2021 Financial Results" (published on August 10, 2021), available at https://ir.hyrecar.com/news-releases/news-release-details/hyrecar-announces-record-second-quarter-2021-financial-results.

20.    Attached as **Exhibit 19** is a true and correct copy of the transcript of HyreCar's second quarter 2021 investor conference call, dated August 10, 2021.

21.    Attached as **Exhibit 20** is a true and correct copy of a chart showing HyreCar (HYRE)'s historical stock prices during the period March 13 to October 10, 2021, downloaded from Yahoo! Finance, and publicly available at https://finance.yahoo.com/quote/HYRE/history.

22.    Attached as **Exhibit 21** is a true and correct copy of the Financial Accounting Standards Board Accounting Standards Codification 450-20-25, available at https://asc.fasb.org/section&trid=2127173 and accessible for download

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
CENTURY CITY

4

CASE NO. 2:21-cv-06918-PA-JC
WANG DECL. ISO DEFENDANTS'
MOTION TO DISMISS SAC

with an account at http://www.accountingresearchmanager.com/wk/rm.nsf/?opendatabase.

23.    Attached as **Exhibit 22** is a true and correct copy of Joseph Furnari's Form 4/A Statement of Changes in Beneficial Ownership in HyreCar, filed with the SEC and dated July 23, 2021.

24.    Attached as **Exhibit 23** is a true and correct copy of Michael Furnari's Form 4/A Statement of Changes in Beneficial Ownership in HyreCar, filed with the SEC and dated July 23, 2021.

25.    Attached as **Exhibit 24** is a true and correct copy of Robert Scott Brogi's Form 4 Statement of Changes in Beneficial Ownership in HyreCar, filed with the SEC and dated May 24, 2021.

26.    Attached as **Exhibit 25** is a true and correct copy of Grace Mellis's Form 4 Statement of Changes in Beneficial Ownership in HyreCar, filed with the SEC and dated May 26, 2021.

27.    Attached as **Exhibit 26** is a true and correct copy of Grace Mellis's Form 4 Statement of Changes in Beneficial Ownership in HyreCar, filed with the SEC and dated June 4, 2021.

28.    Attached as **Exhibit 27** is a true and correct copy of Henry Park's Form 4 Statement of Changes in Beneficial Ownership in HyreCar, filed with the SEC and dated May 21, 2021.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on April 4, 2022, in Los Angeles, California.

Regina Wang
Declarant

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

5

CASE NO. 2:21-cv-06918-PA-JC
WANG DECL. ISO DEFENDANTS'
MOTION TO DISMISS SAC