# EXHIBIT 4

Exhibit 4

155

🔍    Log in

**Policies
(/HC/S/TOPIC/0TO4P000000NJOFWAK/POLICIES)**

## Insurance Policy

🕐 Feb 14, 2022 · Knowledge

**Answer:**

**Insurance and Physical Damage Coverage Explained**

*Insurance and physical damage coverage is only provided while the vehicle is actively rented by a HyreCar authorized renter ("Renter") through the HyreCar platform ("Active Rental"). An Active Rental begins when a vehicle owner ("Owner") confirms rental start through the HyreCar platform and remains active while the vehicle is in the custody or control of the authorized Renter. A rental ends when the vehicle is returned to the Owner or at the rental period end-time as stated in the vehicle rental agreement. HyreCar is not an insurance company. All insurance provided through our platform is issued and covered by HyreCar's insurance partner(s) and is only valid in the United States.*

Summary

1. Renters are not required to have a personal insurance policy to rent vehicles, however, Owners are required to have personal and/or other insurance coverage in force during the entire Active Rental as required by state law. Additionally, the insurance provided by HyreCar's insurance partner(s) will not provide any state filings for the Owner to obtain a vehicle plate or to annually renew a sticker and/or meet other state requirements.

2. The insurance coverage provided by HyreCar's insurance partner(s) serve(s) as primary insurance when a Renter is in an Active Rental and the Transportation Network Companies ("TNC") or Delivery Service Company ("DSC") application is not turned on. Companies such as Uber, Lyft, and DSCs may have their own insurance policies. Therefore, when a Renter is driving for a TNC, or DSC, the TNC or DSC policy is in effect and all claims should be filed with the TNC or DSC insurance carriers. TNC's typically have a period tracking system to define their coverage as outlined in the diagram below.

3. HyreCar's physical damage coverage provides primary coverage for physical damage during Period Zero and Period One. Period Zero is in effect when a Renter is in an Active Rental with HyreCar and not driving for a TNC or DSC. Period One is when the Renter has turned on the TNC or DSC application, but has not yet accepted a fare or delivery. HyreCar's insurance partner(s) provide(s) no additional coverage while the TNC or DSC application is on and when a Renter is enroute (Period Two) or when the Renter is on an active trip (Period Three). TNC or DSC within the gig economy may have varying coverage plans. HyreCar provides physical damage coverage in the event that the TNC or DSC does not provide coverage subject to terms and exclusions.

**Renter Coverage**

### Related Articles

Towing and Roadside Assistance Policy (/hc/s/article/Towing-and-Roadside-Assistance-Policy)

Mileage Policy (/hc/s/article/Mileage-Policy)

Privacy Policy (/hc/s/article/115005160788)

Gas Policy (/hc/s/article/Gas-Policy)

Vehicle Maintenance Policy (/hc/s/article/Vehicle-Maintenance-Policy)

Exhibit 4
156

HyreCar offers one coverage plan to Renters through its insurance partner(s). While a Renter is on an Active Rental of a vehicle through HyreCar's platform, the Renter is supplementally insured under HyreCar's Policy. Subject to terms, conditions, and exclusions. HyreCar's Policy provides Renters with the following coverage during the Active Rental:

1. **Liability to third-parties for bodily injury and property damage** resulting from the use of the rented vehicle, up to the minimum liability coverage required by state law.

2. **Personal Injury Protection ("PIP")** in those few states where PIP coverage is required by law and cannot be waived.

3. **Uninsured or Underinsured Motorist ("UM/UIM")** up to the statutory minimum amount in those few states where UM/UIM coverage is required by law and cannot be waived.

**Renter Responsibility:**

The Renter is responsible for returning the vehicle in the same condition it was picked up in and may be held liable for losses accrued during the Active Rental. By renting a car, Renter agrees to use the vehicle to drive for a TNC or DSC. The amount that the Renter is liable to pay out of their own pocket for Physical Damage, except for normal wear and tear to the rented vehicle, is contractually limited to a fee up to $1,000 subject to terms, conditions, and exclusions. This amount excludes any additional fines, fees, administrative, and incidental costs that may be added after additional investigation. See our policies (https://hyrecar.force.com/hc/s/topic/0TO4P000000NjOfWAK/policies) for more details.

Only HyreCar authorized Renters receive physical damage and insurance coverage during an Active Rental. **No one else is permitted to operate the vehicle. Operation of the vehicle by someone other than the Renter may subject you to civil and criminal liability.** *Renters must have a valid driver's license to rent and operate the vehicle. Should any other person operate the vehicle, including if the vehicle is lost or stolen, the Renter will be liable for any such activity and the resulting loss or damage. Renter is responsible for all loss or damage caused to the vehicle during the Rental Period, even if Renter is not operating the vehicle when the damage occurs. Allowing non-authorized drivers to operate the vehicle can lead to fines, suspension, account termination, and/or civil and criminal prosecution to the fullest extent allowed by law.*

**Owner and Vehicle Coverage:**

By listing a vehicle on HyreCar's platform, the Owner is agreeing in good faith that they are not supplying a vehicle to a Renter with any known mechanical issues, the vehicle is in safe and roadworthy condition, and that the vehicle currently meets all state, city, and local restrictions and laws. **If you are in need of insurance that satisfies state minimum requirements, you can reach our partners here (https://abiweb.com/services/layup/).**

Subject to terms, conditions, and exclusions, HyreCar's Insurance Partner(s) provide(s) state minimum liability coverage as required by state law and excess liability coverage up to $1,000,000 in the event the Owner is legally liable for an accident based on the Protection Plan **(https://hyrecar.force.com/hc/s/article/ProtectionPlansForOwners)**the Owner has selected for their vehicle during the Active Rental.

Additionally, HyreCar's Protection Plans provide physical damage coverage to the vehicle up to $25,000 or the actual cash value of the vehicle, less the applicable Protection Plan deductible selected (whichever is lower) for any event that qualifies as covered peril during the Active Rental. Coverage for physical damage to the vehicle is not insurance but coverage afforded under the selected Protection Plan. We use the word deductible to mean the amount the registered vehicle Owner is responsible for in the event of physical damage to the vehicle during an Active Rental before the Owner is eligible for reimbursement. Normal wear and tear is not covered under any of the Protection Plans. Additional details related to physical damage afforded under the selected Protection Plan can be found here **(https://hyrecar.force.com/hc/s/article/ProtectionPlansForOwners)**.

Exhibit 4

157

Only HyreCar authorized Renters receive physical damage and insurance coverage during an Active Rental. **Allowing non-authorized drivers to pick up and/or operate the vehicle is STRICTLY PROHIBITED and will lead to account suspension, termination, and/or civil and criminal prosecution to the fullest extent allowed by law. <u>Unauthorized drivers will eliminate physical damage coverage for the Owner</u>** and may lead to litigation based on a breach of contract. **It is the Owner's responsibility to ensure the rental is picked up by the HyreCar authorized Renter.**

**Owners have up to 24 hours after the return of the vehicle to file a claim on any damages that occurred on the vehicle during the Active Rental period. No claims will be accepted after 24 hours, excluding holidays and weekends.**

**The Owner waives its right to subrogate against the Renter for any losses that are covered and paid for by HyreCar's insurance policy(s) or Protections Plans.**

**Title**

Insurance Policy

**URL Name**

Insurance-Policy

**Created Date**

2/14/2022 11:06 PM

Policies
(/hc/s/topic/0TO4P000…

Exhibit 4

158