# EXHIBIT 10

Exhibit 10

279



## HyreCar Establishes Joint Venture With Industry Veterans Dave Haley and Peter Foley To Launch New InsurTech Solutions For The Ridesharing Industry

October 3, 2018

**LOS ANGELES, October 3, 2018** – HyreCar, Inc. (Nasdaq: HYRE), the carsharing marketplace for ridesharing, today announced its strategic joint venture with Dave Haley, CEO of American Business Insurance Services (ABI), and Peter Foley, CEO of LILCHA Holdings. An extension of an ongoing partnership, this venture will focus on creating an insurance captive designed specifically for carsharing in the ridesharing space.

"Peter and Dave have been with HyreCar from the beginning, and this announcement cements our relationship with two of the most well-respected industry veterans in the commercial auto insurance business," says Joe Furnari, CEO of HyreCar. "This collaboration confirms HyreCar's continued commitment to the ridesharing industry and providing scalable InsurTech solutions for users on the platform."

This joint venture allows the company flexibility to reduce insurance risk, increase profit margins and provide tailored insurance solutions to the on-demand economy.

"I am thrilled to be working with Joe and Dave in this new and exciting sector," says Foley. " After more than 35 years in the insurance industry, I am excited to be a part of some new and exciting opportunities that will drive innovation for HyreCar and ridesharing."

"We've seen a lot of changes in the livery (for-hire) services over the last few years," said Haley. "HyreCar seems well positioned to take advantage of the trends we see emerging in the industry."

### About HyreCar

HyreCar, Inc. (Nasdaq: HYRE) is the carsharing marketplace for ridesharing through its proprietary technology platform. The Company is establishing a leading presence in Mobility as a Service (MaaS) through vehicle owners and institutions, such as dealers and OEM's, who have been disrupted by automotive asset sharing. HyreCar currently operates in 34 states and Washington, D.C. providing a unique revenue opportunity for both owners and drivers. By providing a safe, secure, and reliable marketplace, HyreCar is transforming the industry – one driver, one vehicle, one road at a time. For more information, please visit www.hyrecar.com.

### Forward Looking Statements

Statements in this release concerning HyreCar Inc.'s ("HyreCar" or the "Company") future expectations and plans, including, without limitation, HyreCar's partnerships and technology solutions, its ability to add and maintain additional car listings from car dealers and consumer demand for cars to be used for ridesharing, may constitute forward looking statements for the purposes of the safe harbor provisions under the Private Securities Litigation Reform Act of 1995 and other federal securities laws and are subject to substantial risks, uncertainties and assumptions. You should not place reliance on these forward looking statements, which include words such as "could," "believe," "anticipate," "intend," "estimate," "expect," "may," "continue," "predict," "potential," "project" or similar terms, variations of such terms or the negative of those terms. Although the Company believes that the expectations reflected in the forward-looking statements are reasonable, the Company cannot guarantee such outcomes. Actual results may differ materially from those indicated by these forward-looking statements as a result of various important factors, as well as those risks more fully discussed in the section entitled "Risk Factors" in HyreCar's prospectus, dated June 26, 2018, that was filed with the U.S. Securities and Exchange Commission under File No. 333-225157, as well as discussions of potential risks, uncertainties, and other important factors in HyreCar's subsequent filings with the U.S. Securities and Exchange Commission. All such statements speak only as of the date made, and the Company undertakes no obligation to update or revise publicly any forward-looking statements, whether as a result of new information, future events or otherwise.

**Media Relations:**

Ronjini Joshua

The Silver Telegram

HyreCar@thesilvertelegram.com

**Investor Contact:**

Ted Haberfield
President, MZ Group – MZ North America
HYRE@mzgroup.us
Web: www.mzgroup.us

Exhibit 10

280