# EXHIBIT 12

Exhibit 12

309

🔍     Log in

**Owner FAQs
(/HC/S/TOPIC/0TO4P000000NJOCWAK/OWNER-FAQS)**

### Protection Plans For Owners

🕐 Jan 6, 2022 · Knowledge

**Answer:**

**HyreCar Protection Plans**

HyreCar's Protection Plans provide a variety of coverage options giving Owners the flexibility to conveniently choose coverage and reimbursement levels they would like to receive while their vehicle(s) are rented on the HyreCar platform. These Protection Plans include liability insurance provided by HyreCar's insurance partner(s), physical damage coverage, and additional services like ticket monitoring.

The offered Protection Plans are "Basic", "Standard," "Premium, and Premium Plus." Owners have the flexibility of selecting protection on a per-vehicle basis. This allows an Owner to select a plan that best covers each vehicle in their inventory. Protection Plans may only be changed when the vehicle is not rented out on the HyreCar platform. HyreCar must have clear photo documentation of the areas for which the Owner is seeking reimbursement taken and submitted at the time of pick up and within 24 hours of vehicle return. In the event the damage cannot be fully demonstrated by such photo evidence, HyreCar may also consider other evidence (e.g. a police report, 3rd party report) that is necessary to confirm the damage that took place during the Active Rental.

| Protection Plan Coverage | Basic<br>You Earn 85% | Standard<br>You Earn 80% | Premium<br>You Earn 75% | Premium Plus<br>You Earn 70% |
|---|---|---|---|---|
| Liability Coverage | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 |
| Physical Damage Coverage | Up to $25,000 | Up to $25,000 | Up to $25,000 | Up to $25,000 |
| Physical Damage Deductible | $3,000 | $2500 | $1000 | $500 |
| Cleaning Reimbursement | Up to $30 | Up to $50 | Up to $60 | Up to $75 |
| Gas Reimbursement | Up to 65% | Up to 80% | Up to 85% | Up to 100% |
| Mileage Overages | Up to 65% | Up to 80% | Up to 85% | Up to 100% |
| Camera Tickets | Management Included | Management Included | Management Included | Management Included |
| Parking Tickets | Management Included | Management Included | Management Included | Management Included |
| Impound Fees | | | Up to 85% | Up to 100% |
| Lost or Stolen Keys | | | Up to $250 | Up to $300 |

**Ticket & Toll Management**

For select HyreCar Protection Plans elected by Owners, HyreCar facilitates the management of parking tickets and camera violations through its partnership with Voi Logistics ("VOi"). **Administration of toll fees, toll fee payments, and violations are the financial responsibility of the Driver and must be recovered by the vehicle Owner.** The Vehicle Owner is responsible for the installation of transponders where applicable and creating accounts with appropriate toll issuing agencies where necessary. Vehicle Owners have the option to utilize toll management services offered at an additional cost through Voi Logistics **(https://voilogistics.com/)**. Click here **(https://hyrecar.force.com/hc/s/article/115005419187)** for a more detailed explanation of how it works.

**Cleaning**

Drivers are responsible for returning the vehicle in the same condition it was picked up in, excluding normal wear and tear. In the event that a driver returns a vehicle dirty, owners are eligible to be reimbursed up to the amount listed on the selected protection

### Related Articles

Inactive Owner & Vehicle Removal Policy (/hc/s/article/Inactive-Owner-Vehicle-Removal-Policy)

Insurance Policy (/hc/s/article/Insurance-Policy)

What are HyreCar's Owner fees? (/hc/s/article/115004981848)

HyreCar Listens to Owners Survey Sweepstakes (the "Promotion") Official Rules (/hc/s/article/HyreCar-Listens-to-Owners-Survey-Sweepstakes-the-Promotion-Official-Rules)

Tickets, Toll Monitoring and Collecting Citations or Violations from Drivers with Voi (/hc/s/article/115005419187)

Exhibit 12

310

plan for the rental. All reimbursements are subject to the guidelines set within
our Cleaning Policy **(https://hyrecar.force.com/hc/s/article/Cleaning-Policy)**.

- Basic: up to $30
- Standard: up to $50
- Premium: up to $60
- Premium Plus: $75

**Gas**

Depending on the protection plan that the owner has opted for their vehicle, HyreCar
may reimburse the owner up to the specified amount under each plan. All
reimbursements are subject to the guidelines set within our Gas Policy
**(https://hyrecar.force.com/hc/s/article/Gas-Policy)** .

- Basic: up to 65%
- Standard: up to 80%
- Premium: up to 85%
- Premium Plus: 100%

**Mileage**

Owners have the flexibility to limit the amount of miles per day a Renter can drive
without incurring extra fees. If the Renter goes over the allotted amount as stated in the
rental contract, HyreCar may reimburse the owner up to the specified amount under
each plan. All reimbursements are subject to the guidelines set within our Mileage Policy
**(https://hyrecar.force.com/hc/s/article/Mileage-Policy)**.

- Basic: up to 65%
- Standard: up to 80%
- Premium: up to 85%
- Premium Plus: 100%

**Impound Fees**

Owners are eligible for impound fee reimbursement under the Premium and Premium
Plus Protection Plans. All reimbursements are subject to the guidelines set within
our Towing and Roadside Assistance Policy
**(https://hyrecar.force.com/hc/s/article/Towing-and-Roadside-Assistance-
Policy)**.

**Lost/Stolen Key**

If an owner has opted into the Premium or Premium Plus plan, they are eligible to be
reimbursed a replacement key that has either been lost/stolen up to the amount listed
within the protection plan. All reimbursements are subject to the guidelines set within
our Lost/Stolen/Damaged Key Policy
**(https://hyrecar.force.com/hc/s/article/115005151708)**.

- Premium: up to $250
- Premium Plus: up to $300

**Liability Coverage**

HyreCar offers Liability Insurance
**(https://hyrecar.force.com/hc/s/article/Insurance-Policy)** to Owners through
its insurance partner(s). Subject to terms, conditions, and exclusions  HyreCar's

Exhibit 12
311

insurance partners provide Owners with the following coverage during an Active Rental:

- Minimum liability coverage as required by state law and excess liability coverage up to $1,000,000 in the event that the Owner is determined to be legally liable for an accident.

**Physical Damage Coverage**

Varied HyreCar Protection Plans affords Owners coverage options with varying shared financial responsibility in the event of a damage claim while the vehicle is rented on HyreCar's Platform. The Owner receives physical damage coverage to the vehicle up to $25,000 or the actual cash value of the vehicle, whichever is lower, less the pre-selected Protection Plan's deductible, for any event that qualifies as a covered peril during the Active Rental by a HyreCar authorized Renter. Coverage for Physical Damage to the vehicle is not insurance but coverage afforded under the selected Protection Plan. The Protection Plan deductible is the amount the registered vehicle Owner is responsible for in the event of physical damage to the vehicle during an Active Rental before the Owner is eligible for reimbursement.

- Premium Plus: $500 Owner deductible
- Premium:  $1,000 Owner deductible
- Standard:  $2,500 Owner deductible
- Basic:   $3,000 Owner deductible

Following settlement of the claim, the Owner has 30 days to submit any supplements to the original claim after which time the claim shall be considered permanently closed and settled.

**Physical damage:** the actual tangible damage to the Vehicle that occurs during the Active Rental subject, but not limited to the exclusion below:

**Exclusions**

- Any damage existing prior to or as of the start of the Active Rental.
- Any damage that occurs during a Transportation Network or delivery service companies period of coverage.
- Damage to any personal items left in the Vehicle.
- Any mechanical, electrical, suspension, engine, clutch or transmission damage a vehicle incurs due to age, normal usage or wear and tear, defect, a lack of maintenance, or warranty issue (including, but not limited to manufacturer defect), along with any resulting damage or resulting fire that arises due to such failures.
- Damage to, or resulting from, tires that are defective, have excessive wear & tear or dry rot, have tread depth less than 4/32 inch, are not properly inflated prior to the reservation, or are 6 or more years old.
- Any fading, discoloration, rust, or wear caused to the interior or exterior of the Vehicle over time. Also includes any deterioration from road use of tires, and mechanical deterioration of belts, suspension, electrical and mechanical components, along with any resulting damage from these events.
- Interior Wear & Tear, including but not limited to minor scuffing, scratches, rips, dents or cracks of interior surfaces. Interior Wear & Tear includes any dials, switches, handles and knobs that break or change appearance.
- Exterior Wear and Tear Including, but not limited to, scratches, dents, punctures, cracks or dings less than 6 inches in length and any damage to rims, wheels, hubcaps, and undercarriage.
- Glass including, but not limited to any window or windshield damage that is not the result of an accident or collision regardless of size.
- Scrapes, scratches, dings regardless of size, to the underside of bumpers, air deflectors and underbody panels.

Exhibit 12

312

**The misuse of HyreCar's Terms of Service, can and will result in the denial of reimbursement under all plans. HyreCar reserves the right to deny any reimbursement.**

**Owner waives its right to subrogate against the Renter for any losses that are covered and paid for by HyreCar's insurance policy(s) or Protections Plans.**

**Title**

Protection Plans For Owners

**URL Name**

ProtectionPlansForOwners

**Created Date**

1/6/2022 4:52 PM

Owner FAQs
(/hc/s/topic/0TO4P000…

Exhibit 12
313