# EXHIBIT 20

Exhibit 20
465

## HyreCar Inc. (HYRE)
NasdaqCM - NasdaqCM Real Time Price. Currency in USD

☆ Add to watchlist    👥 Visitors trend 2W ↑  10W ↑  9M ↑

Quote Lookup

**2.3400** -0.0400 (-1.68%)    **2.3400** 0.00 (0.00%)
At close: April 1 04:00PM EDT    After hours: Apr 1, 06:57PM EDT

Summary    Company Outlook ⓨ    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials    Analysis    Options    Holders    Sustainability


Vrbo  Deck  Book Now

Time Period: Mar 13, 2021 - Oct 10, 2021 ⌄    Show: Historical Prices ⌄    Frequency: Daily ⌄    Apply

Currency in USD    ↓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Oct 08, 2021 | 8.1800 | 8.3700 | 8.1150 | 8.1500 | 8.1500 | 194,300 |
| Oct 07, 2021 | 8.2300 | 8.4150 | 8.0600 | 8.1800 | 8.1800 | 348,500 |
| Oct 06, 2021 | 8.0000 | 8.1900 | 7.8300 | 7.9900 | 7.9900 | 265,400 |
| Oct 05, 2021 | 8.0100 | 8.5000 | 7.9900 | 8.1800 | 8.1800 | 306,100 |
| Oct 04, 2021 | 8.4700 | 8.5000 | 7.9650 | 8.0200 | 8.0200 | 452,100 |
| Oct 01, 2021 | 8.6000 | 8.8600 | 8.2100 | 8.5800 | 8.5800 | 557,800 |
| Sep 30, 2021 | 7.9500 | 8.8900 | 7.7200 | 8.5000 | 8.5000 | 1,676,400 |
| Sep 29, 2021 | 8.2300 | 8.5400 | 7.7800 | 7.9000 | 7.9000 | 690,400 |
| Sep 28, 2021 | 8.5500 | 8.6800 | 7.8600 | 8.2000 | 8.2000 | 893,400 |
| Sep 27, 2021 | 8.5400 | 8.7600 | 8.1910 | 8.6900 | 8.6900 | 879,500 |
| Sep 24, 2021 | 8.5400 | 8.8100 | 8.0600 | 8.6700 | 8.6700 | 952,700 |
| Sep 23, 2021 | 8.7100 | 8.9500 | 8.5000 | 8.7300 | 8.7300 | 526,800 |
| Sep 22, 2021 | 8.6400 | 8.8800 | 8.3900 | 8.5300 | 8.5300 | 494,200 |
| Sep 21, 2021 | 8.6700 | 9.2800 | 8.4500 | 8.6400 | 8.6400 | 703,300 |
| Sep 20, 2021 | 9.1100 | 9.2500 | 8.2500 | 8.4300 | 8.4300 | 919,900 |
| Sep 17, 2021 | 9.6200 | 9.8800 | 9.3100 | 9.5000 | 9.5000 | 1,095,100 |
| Sep 16, 2021 | 9.8300 | 10.2100 | 9.4800 | 9.7000 | 9.7000 | 586,700 |
| Sep 15, 2021 | 10.4000 | 10.5100 | 9.2500 | 9.7700 | 9.7700 | 1,298,600 |
| Sep 14, 2021 | 12.3400 | 12.5300 | 10.2200 | 10.2700 | 10.2700 | 1,006,600 |
| Sep 13, 2021 | 12.2900 | 12.3150 | 11.5700 | 12.2800 | 12.2800 | 388,800 |
| Sep 10, 2021 | 12.3800 | 12.5500 | 11.9000 | 12.1400 | 12.1400 | 343,300 |
| Sep 09, 2021 | 11.4300 | 12.5400 | 11.3600 | 12.3400 | 12.3400 | 418,300 |
| Sep 08, 2021 | 12.2600 | 12.6300 | 11.3000 | 11.3900 | 11.3900 | 459,500 |
| Sep 07, 2021 | 11.7500 | 12.4000 | 11.5950 | 12.3400 | 12.3400 | 449,100 |
| Sep 03, 2021 | 11.2900 | 11.7700 | 11.1600 | 11.6700 | 11.6700 | 468,800 |
| Sep 02, 2021 | 11.2500 | 11.9500 | 11.1400 | 11.4700 | 11.4700 | 450,400 |


Vrbo  ✓ Beachfront  Book Now

### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **OCX** OncoCyte Corporation | 1.4800 | -0.0100 | -0.67% |
| **IPWR** Ideal Power Inc. | 9.05 | +0.25 | +2.84% |
| **REKR** Rekor Systems, Inc. | 4.6100 | +0.0500 | +1.10% |
| **WISA** WiSA Technologies, Inc. | 1.2800 | +0.0300 | +2.40% |
| **REED** Reed's, Inc. | 0.2515 | -0.0490 | -16.31% |

### Similar to HYRE

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **BRDS** Bird Global, Inc. | 2.4100 | -0.0400 | -1.63% |
| **ASHTF** Ashtead Group plc | 63.60 | +0.40 | +0.63% |
| **WLFC** Willis Lease Finance Corporation | 32.36 | +0.17 | +0.53% |
| **MGRC** McGrath RentCorp | 85.43 | +0.45 | +0.53% |
| **LEAS** Strategic Asset Leasing Inc. | 0.0052 | -0.0001 | -1.89% |

y! finance⁺  Try it free

Exhibit 20    466

Data Disclaimer   Help   Suggestions
Do Not Sell My Personal Information
Privacy (Updated)  About Our Ads  Terms (Updated)  Sitemap

© 2022 Yahoo. All rights reserved.

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Sep 01, 2021 | 11.2800 | 12.0900 | 10.8800 | 11.1800 | 11.1800 | 694,200 |
| Aug 31, 2021 | 11.3100 | 11.8600 | 11.0300 | 11.2400 | 11.2400 | 459,400 |
| Aug 30, 2021 | 11.6700 | 11.7120 | 10.7700 | 11.3100 | 11.3100 | 415,700 |
| Aug 27, 2021 | 11.6100 | 12.2100 | 11.5700 | 11.6700 | 11.6700 | 708,700 |
| Aug 26, 2021 | 10.9250 | 11.8400 | 10.8700 | 11.7100 | 11.7100 | 686,000 |
| Aug 25, 2021 | 11.1700 | 11.5400 | 10.5400 | 11.0100 | 11.0100 | 966,000 |
| Aug 24, 2021 | 10.0600 | 11.5700 | 9.8900 | 11.3800 | 11.3800 | 1,013,300 |
| Aug 23, 2021 | 8.9500 | 10.3600 | 8.9000 | 10.1700 | 10.1700 | 1,034,400 |
| Aug 20, 2021 | 9.5400 | 9.9850 | 8.5000 | 8.7500 | 8.7500 | 2,199,900 |
| Aug 19, 2021 | 9.6200 | 9.9800 | 9.2500 | 9.5900 | 9.5900 | 687,800 |
| Aug 18, 2021 | 9.1800 | 10.2800 | 9.1000 | 9.7800 | 9.7800 | 946,200 |
| Aug 17, 2021 | 9.2900 | 9.4000 | 8.8900 | 9.2000 | 9.2000 | 712,000 |
| Aug 16, 2021 | 9.6500 | 9.7200 | 9.2250 | 9.5800 | 9.5800 | 796,700 |
| Aug 13, 2021 | 9.6000 | 10.2200 | 9.4800 | 9.7900 | 9.7900 | 1,196,100 |
| Aug 12, 2021 | 10.0400 | 10.1700 | 9.0900 | 9.8200 | 9.8200 | 2,873,300 |
| Aug 11, 2021 | 13.1000 | 13.4300 | 9.6100 | 9.8500 | 9.8500 | 5,853,800 |
| Aug 10, 2021 | 19.7500 | 19.8900 | 18.9600 | 19.1200 | 19.1200 | 612,700 |
| Aug 09, 2021 | 18.5100 | 19.5400 | 17.8650 | 19.4900 | 19.4900 | 474,100 |
| Aug 06, 2021 | 17.5400 | 18.6300 | 17.5300 | 18.6000 | 18.6000 | 417,100 |
| Aug 05, 2021 | 16.2100 | 17.9200 | 16.1000 | 17.5400 | 17.5400 | 464,800 |
| Aug 04, 2021 | 16.6500 | 16.9200 | 15.7800 | 16.2900 | 16.2900 | 362,400 |
| Aug 03, 2021 | 16.9200 | 17.1900 | 16.1300 | 16.5700 | 16.5700 | 437,400 |
| Aug 02, 2021 | 17.7300 | 18.0000 | 16.7970 | 16.8500 | 16.8500 | 313,500 |
| Jul 30, 2021 | 17.4500 | 18.0000 | 17.2300 | 17.4800 | 17.4800 | 291,900 |
| Jul 29, 2021 | 17.9500 | 18.4800 | 17.4950 | 17.6600 | 17.6600 | 339,500 |
| Jul 28, 2021 | 17.1300 | 17.9500 | 17.0300 | 17.8000 | 17.8000 | 247,800 |
| Jul 27, 2021 | 17.4700 | 17.4700 | 16.1650 | 17.1300 | 17.1300 | 442,700 |
| Jul 26, 2021 | 16.2800 | 17.5300 | 16.2800 | 17.3900 | 17.3900 | 618,000 |
| Jul 23, 2021 | 17.4700 | 17.4700 | 15.5800 | 16.4600 | 16.4600 | 877,400 |
| Jul 22, 2021 | 18.4600 | 18.6600 | 17.2400 | 17.2400 | 17.2400 | 575,800 |
| Jul 21, 2021 | 18.4500 | 18.5500 | 17.1300 | 17.6900 | 17.6900 | 743,300 |
| Jul 20, 2021 | 17.8900 | 18.5700 | 17.0000 | 18.2200 | 18.2200 | 478,900 |
| Jul 19, 2021 | 16.2250 | 17.9400 | 15.5000 | 17.4000 | 17.4000 | 513,200 |
| Jul 16, 2021 | 16.1000 | 17.9100 | 16.1000 | 16.9900 | 16.9900 | 757,900 |
| Jul 15, 2021 | 18.0000 | 18.2500 | 15.8900 | 15.9800 | 15.9800 | 986,700 |
| Jul 14, 2021 | 21.0900 | 21.2400 | 18.0000 | 18.4100 | 18.4100 | 722,200 |
| Jul 13, 2021 | 20.1600 | 21.4600 | 20.1600 | 20.8300 | 20.8300 | 299,100 |
| Jul 12, 2021 | 20.8800 | 21.6200 | 20.1500 | 20.8900 | 20.8900 | 632,000 |
| Jul 09, 2021 | 19.3100 | 21.7800 | 19.0000 | 20.9100 | 20.9100 | 800,700 |
| Jul 08, 2021 | 18.0100 | 19.2900 | 17.6900 | 18.8900 | 18.8900 | 484,300 |
| Jul 07, 2021 | 19.5200 | 19.5700 | 18.0100 | 18.7900 | 18.7900 | 724,600 |

Exhibit 20    467

| Jul 06, 2021 | 19.4800 | 19.9800 | 18.5830 | 19.5100 | 19.5100 | 355,000 |
| Jul 02, 2021 | 21.7700 | 21.7700 | 19.5100 | 19.7100 | 19.7100 | 655,300 |
| Jul 01, 2021 | 21.2500 | 22.1000 | 20.6000 | 21.5100 | 21.5100 | 501,000 |
| Jun 30, 2021 | 20.7900 | 21.3600 | 20.0900 | 20.9200 | 20.9200 | 1,572,100 |
| Jun 29, 2021 | 21.0000 | 21.0400 | 19.6660 | 20.8500 | 20.8500 | 742,100 |
| Jun 28, 2021 | 20.3200 | 21.3100 | 19.9400 | 20.9900 | 20.9900 | 907,700 |
| Jun 25, 2021 | 21.4100 | 21.6400 | 19.3000 | 20.3600 | 20.3600 | 3,354,500 |
| Jun 24, 2021 | 23.3200 | 23.6000 | 21.2700 | 21.3500 | 21.3500 | 827,300 |
| Jun 23, 2021 | 21.9700 | 24.2100 | 21.8100 | 22.9500 | 22.9500 | 888,100 |
| Jun 22, 2021 | 21.8800 | 22.2700 | 21.0700 | 21.9700 | 21.9700 | 492,100 |
| Jun 21, 2021 | 20.9500 | 21.8500 | 20.4500 | 21.6900 | 21.6900 | 456,000 |
| Jun 18, 2021 | 20.8800 | 21.4900 | 20.3600 | 20.7000 | 20.7000 | 1,639,600 |
| Jun 17, 2021 | 21.1700 | 22.4300 | 20.6700 | 21.1400 | 21.1400 | 853,700 |
| Jun 16, 2021 | 20.5800 | 21.7100 | 19.7900 | 21.4100 | 21.4100 | 953,500 |
| Jun 15, 2021 | 20.0600 | 20.8700 | 19.5260 | 20.5800 | 20.5800 | 551,200 |
| Jun 14, 2021 | 19.2300 | 21.0600 | 19.2200 | 20.1500 | 20.1500 | 1,394,700 |
| Jun 11, 2021 | 18.9500 | 19.2500 | 18.2000 | 18.9800 | 18.9800 | 499,300 |
| Jun 10, 2021 | 17.5000 | 19.1900 | 17.3100 | 18.8800 | 18.8800 | 745,600 |
| Jun 09, 2021 | 18.1800 | 18.2900 | 17.2420 | 17.3400 | 17.3400 | 377,400 |
| Jun 08, 2021 | 18.1100 | 18.3000 | 16.7500 | 17.9800 | 17.9800 | 690,000 |
| Jun 07, 2021 | 16.9300 | 19.4250 | 16.7100 | 17.9900 | 17.9900 | 1,529,000 |
| Jun 04, 2021 | 17.2000 | 17.2450 | 16.3400 | 16.9600 | 16.9600 | 425,900 |
| Jun 03, 2021 | 15.9900 | 17.9000 | 15.6700 | 17.1900 | 17.1900 | 681,500 |
| Jun 02, 2021 | 17.2000 | 17.2000 | 16.3100 | 16.4000 | 16.4000 | 479,500 |
| Jun 01, 2021 | 16.5700 | 17.4800 | 15.9500 | 17.0800 | 17.0800 | 639,000 |
| May 28, 2021 | 16.0700 | 16.7500 | 15.9200 | 16.4100 | 16.4100 | 465,900 |
| May 27, 2021 | 14.7500 | 16.0600 | 14.5200 | 16.0400 | 16.0400 | 636,300 |
| May 26, 2021 | 14.5500 | 15.0530 | 14.3400 | 14.7100 | 14.7100 | 513,900 |
| May 25, 2021 | 17.1000 | 17.2700 | 14.2200 | 14.6000 | 14.6000 | 1,700,400 |
| May 24, 2021 | 17.3000 | 17.9500 | 16.8700 | 17.3900 | 17.3900 | 917,600 |
| May 21, 2021 | 17.3100 | 17.9600 | 16.7900 | 17.3700 | 17.3700 | 1,157,400 |
| May 20, 2021 | 16.7500 | 17.7900 | 16.0600 | 17.3100 | 17.3100 | 2,488,600 |
| May 19, 2021 | 14.2300 | 17.4400 | 14.1140 | 17.2300 | 17.2300 | 3,045,800 |
| May 18, 2021 | 13.8500 | 15.3700 | 13.7100 | 14.6500 | 14.6500 | 1,522,300 |
| May 17, 2021 | 13.0200 | 14.6400 | 12.2500 | 14.2850 | 14.2850 | 3,932,400 |
| May 14, 2021 | 10.5000 | 13.5700 | 10.5000 | 12.9100 | 12.9100 | 20,662,400 |
| May 13, 2021 | 9.9900 | 10.5040 | 8.8300 | 8.9300 | 8.9300 | 613,000 |
| May 12, 2021 | 10.5500 | 10.7000 | 9.4700 | 9.5900 | 9.5900 | 575,100 |
| May 11, 2021 | 10.2600 | 10.9650 | 10.2400 | 10.7300 | 10.7300 | 613,400 |
| May 10, 2021 | 12.8500 | 12.9430 | 10.7200 | 10.8400 | 10.8400 | 675,500 |
| May 07, 2021 | 12.6900 | 13.3500 | 12.5000 | 12.9900 | 12.9900 | 238,100 |

Exhibit 20    468

Finance Home      Watchlists      My Portfolio      Cryptocurrencies      Yahoo Finance Plus      Screeners      Markets      News      ...      y. finance

| May 06, 2021 | 12.8500 | 13.0400 | 12.1500 | 12.6600 | 12.6600 | 376,700 |
| May 05, 2021 | 13.4900 | 13.6100 | 12.8500 | 13.1000 | 13.1000 | 330,100 |
| May 04, 2021 | 13.5400 | 13.8900 | 12.8100 | 13.4000 | 13.4000 | 538,200 |
| May 03, 2021 | 13.5000 | 13.8200 | 12.4000 | 13.7500 | 13.7500 | 441,100 |
| Apr 30, 2021 | 12.5000 | 13.6700 | 12.2700 | 13.4000 | 13.4000 | 295,900 |
| Apr 29, 2021 | 13.1800 | 13.3700 | 12.0800 | 12.8300 | 12.8300 | 355,500 |
| Apr 28, 2021 | 13.5900 | 13.6900 | 13.0500 | 13.1500 | 13.1500 | 222,400 |
| Apr 27, 2021 | 13.9700 | 13.9700 | 13.2100 | 13.7600 | 13.7600 | 461,000 |
| Apr 26, 2021 | 13.7000 | 14.0000 | 13.4070 | 13.9100 | 13.9100 | 472,300 |
| Apr 23, 2021 | 13.6700 | 13.7100 | 13.1300 | 13.6600 | 13.6600 | 421,700 |
| Apr 22, 2021 | 12.8600 | 13.8460 | 12.5600 | 13.6700 | 13.6700 | 880,500 |
| Apr 21, 2021 | 11.3400 | 12.8800 | 11.3400 | 12.8600 | 12.8600 | 784,100 |
| Apr 20, 2021 | 11.5100 | 12.2550 | 10.1500 | 11.5900 | 11.5900 | 829,100 |
| Apr 19, 2021 | 11.7500 | 12.0800 | 11.1700 | 11.7000 | 11.7000 | 481,300 |
| Apr 16, 2021 | 11.6800 | 11.9300 | 10.8000 | 11.8600 | 11.8600 | 674,400 |
| Apr 15, 2021 | 11.8000 | 11.8700 | 11.3600 | 11.7500 | 11.7500 | 298,800 |
| Apr 14, 2021 | 11.5800 | 12.2850 | 11.3520 | 11.5700 | 11.5700 | 372,700 |
| Apr 13, 2021 | 12.3400 | 12.3400 | 11.2900 | 11.7800 | 11.7800 | 378,300 |
| Apr 12, 2021 | 11.8900 | 12.4500 | 11.2900 | 12.2500 | 12.2500 | 657,000 |
| Apr 09, 2021 | 11.4000 | 12.4210 | 11.0300 | 12.1600 | 12.1600 | 742,300 |
| Apr 08, 2021 | 11.0000 | 11.5100 | 10.5510 | 11.5100 | 11.5100 | 542,100 |
| Apr 07, 2021 | 10.7600 | 11.2000 | 10.5000 | 10.9900 | 10.9900 | 442,300 |
| Apr 06, 2021 | 10.3100 | 10.9800 | 9.9250 | 10.7400 | 10.7400 | 434,900 |
| Apr 05, 2021 | 10.3000 | 10.5000 | 9.6600 | 10.3100 | 10.3100 | 329,000 |
| Apr 01, 2021 | 10.0100 | 10.2170 | 9.6400 | 10.1000 | 10.1000 | 333,500 |
| Mar 31, 2021 | 8.4500 | 10.1200 | 8.2300 | 9.8000 | 9.8000 | 683,800 |
| Mar 30, 2021 | 8.5000 | 9.0100 | 8.1700 | 8.9200 | 8.9200 | 406,200 |
| Mar 29, 2021 | 9.2300 | 9.2300 | 8.3400 | 8.6500 | 8.6500 | 258,200 |
| Mar 26, 2021 | 9.3100 | 9.4200 | 8.5400 | 9.2000 | 9.2000 | 252,700 |
| Mar 25, 2021 | 8.6000 | 9.3150 | 8.2700 | 9.2200 | 9.2200 | 296,100 |
| Mar 24, 2021 | 9.5400 | 10.0100 | 9.0100 | 9.0700 | 9.0700 | 387,500 |
| Mar 23, 2021 | 10.2000 | 10.4200 | 9.1700 | 9.3700 | 9.3700 | 410,800 |
| Mar 22, 2021 | 10.6200 | 10.6200 | 10.1500 | 10.2400 | 10.2400 | 175,200 |
| Mar 19, 2021 | 10.1000 | 11.1200 | 9.6500 | 10.5000 | 10.5000 | 446,800 |
| Mar 18, 2021 | 10.0000 | 10.9800 | 9.8300 | 10.0700 | 10.0700 | 365,800 |
| Mar 17, 2021 | 9.6300 | 10.4200 | 9.3300 | 10.0500 | 10.0500 | 267,700 |
| Mar 16, 2021 | 10.4500 | 10.5000 | 9.6000 | 9.8800 | 9.8800 | 246,000 |
| Mar 15, 2021 | 10.5000 | 10.5890 | 10.0800 | 10.5600 | 10.5600 | 167,000 |

*Close price adjusted for splits.      **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

Exhibit 20
469