Robert V. Prongay (SBN 270796)
Ex Kano S. Sams II (SBN 192936)
Raymond D. Sulentic (SBN 316913)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
Email: esams@glancylaw.com
Email: rsulentic@glancylaw.com

*Counsel for Lead Plaintiff Turton Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN BARON, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:21-cv-06918-PA-JC |
| Plaintiff, | **DECLARATION OF RAYMOND D. SULENTIC IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| v. | |
| HYRECAR INC., JOSEPH FURNARI and ROBERT SCOTT BROGI, | |
| Defendants. | Hearing Date: May 9, 2022<br>Time:        1:30 p.m.<br>Ctrm:        9A<br>Judge:       Hon. Percy Anderson |

I, Raymond D. Sulentic, declare as follows:

1.    I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Turton Inc. ("Plaintiff").   I make this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss Second Amended Complaint.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as **Exhibit A** is a true and correct copy of a publicly available version of a Public Company Accounting Oversight Board ("PCAOB") Inspection Report dated February 2, 2021, titled, "*2019 Inspection DBBMCKENNON (Headquartered in Newport Beach, California)*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18h day of April 2022, in San Diego, California.

*/s/ Raymond D. Sulentic*
Raymond D. Sulentic

---

1

| Declaration of Raymond D. Sulentic | Case No. 2:21-cv-06918-PA-JC |

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On April 18, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 18, 2022, at Los Angeles, California.

*s/ Ex Kano S. Sams II*
Ex Kano S. Sams II