LATHAM & WATKINS LLP
  Joshua G. Hamilton, Esq. (199610)
    *Joshua.Hamilton@lw.com*
  Regina Wang, Esq. (326262)
    *Regina.Wang@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: 424.653.5500
Facsimile: 424.653.5501

  Meryn C. N. Grant, Esq. (291315)
    *Meryn.Grant@lw.com*
355 S. Grand Ave., Suite 100
Los Angeles, CA 90071
Telephone: 213.485.1234
Facsimile: 213.891.8763

*Attorneys for Defendants HyreCar Inc.,
Joseph Furnari and Robert Scott Brogi*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN BARON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HYRECAR INC., JOSEPH FURNARI and ROBERT SCOTT BROGI,<br><br>Defendants. | Case No. 2:21-cv-06918-FWS-JC<br><br>**DECLARATION OF REGINA WANG IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Hearing Date:    May 9, 2022<br>Time:    1:30 p.m.<br>Ctrm:    10D<br>Judge:    Hon. Fred W. Slaughter<br><br>[Reply in Support of Motion to Dismiss and Request for Judicial Notice and Opposition to Plaintiff's Request for Judicial Notice filed concurrently herewith] |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

CASE NO. 2:21-cv-06918-FWS-JC
WANG DECL. ISO DEFENDANTS' REPLY
ISO MOTION TO DISMISS SAC

I, Regina Wang, declare as follows:

1.    I am an attorney with the law firm Latham & Watkins LLP, attorneys of record for Defendants HyreCar, Inc. ("HyreCar"), Joseph Furnari ("Furnari"), and Robert Scott Brogi ("Brogi," and collectively, "Defendants") in the above-captioned matter. I am licensed to practice law in California and am admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration, and if called upon as a witness, I would testify competently as to these facts.

2.    I submit this Declaration in support of Defendants' Reply in support of the Motion to Dismiss Lead Plaintiff Turton Inc.'s Second Amended Complaint for Violations of the Federal Securities Laws.

3.    Attached as **Exhibit 28** is a true and correct copy of HyreCar's Insurance Policy (dated January 4, 2022), accessed at https://hyrecar.force.com/hc/s/article/115005705127, on April 22, 2022.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on April 25, 2022, in Los Angeles, California.

Regina Wang
Declarant

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

2

CASE NO. 2:21-cv-06918-FWS-JC
WANG DECL. ISO DEFENDANTS' REPLY
ISO MOTION TO DISMISS SAC