# EXHIBIT 28

Exhibit 28
3

🔍     Log in

**Policies
(/HC/S/TOPIC/0TO4P000000NJOFWAK/POLICIES)**

**Damage Claim Policy**

🕐 Jan 4, 2022 · Knowledge

**Answer:**

**At time of pick up, the Driver and Owner should inspect the vehicle for any pre-existing damage. The owner must then take and submit new photos of each side of the vehicle, gas gauge and odometer. If no photos are submitted, the claim will not be eligible for protection coverage. The Driver is encouraged to also take photos and report any visible scratches or dents to HyreCar before the rental begins.**

**If a Driver is in an accident, they must file a police report and contact HyreCar immediately by clicking "Contact Support" from their dashboard or by calling us at 888-688-6769. The Driver should not take the vehicle to a repair shop without written permission from the owner. If the vehicle is not drivable and needs to be towed (/hc/s/article/Towing-and-Roadside-Assistance-Policy), reach out to HyreCar and we will assist you.**

**The Owner or an Owner's representative must be present during drop-off to inspect the vehicle with the driver. All damage must be reported to us within 24 hours of the vehicle being returned, or the claims will not be eligible for protection coverage.**

**To expedite claims processing, submit a clear description, photo evidence and any other documentation that supports your claim.**

**Once you report damage, a representative will be assigned to your case and contact you to guide you through the claims process. Damage claim cases on average take 2 to 8 weeks to process and reach a settlement. In that time, a Drivers account will be blocked and access to booking will cease until the completion and payment of a claim.**

**Furthermore, it is the responsibility of the Driver to follow up on all Lyft, Uber, and 3rd party claims. It is also the responsibility of the owner to follow up on all open claims involving their vehicles.**

**View HyreCar's Protection Plans For Owners (/hc/s/article/ProtectionPlansForOwners)  and Insurance Policy (/hc/s/article/Insurance-Policy) for a more in depth description of your coverage.**

**Title**

Damage Claim Policy

**URL Name**

115005705127

**Created Date**

1/4/2022 9:57 PM

**Related Articles**

Insurance Policy (/hc/s/article/Insurance-Policy)

Lost/Stolen/Damaged Key Policy (/hc/s/article/115005151708)

Towing and Roadside Assistance Policy (/hc/s/article/Towing-and-Roadside-Assistance-Policy)

Wear and Tear Policy (/hc/s/article/Wear-and-Tear-Policy)

Mileage Policy (/hc/s/article/Mileage-Policy)

Exhibit 28
4

Policies
(/hc/s/topic/0TO4P000…

Exhibit 28

5