LATHAM & WATKINS LLP
  Joshua G. Hamilton, Esq. (199610)
    *Joshua.Hamilton@lw.com*
  Regina Wang, Esq. (326262)
    *Regina.Wang@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: 424.653.5500
Facsimile: 424.653.5501

  Meryn C. N. Grant, Esq. (291315)
    *Meryn.Grant@lw.com*
355 S Grand Ave., Suite 100
Los Angeles, CA 90071
Telephone: 213.891.8000
Facsimile: 213.891.8763

*Attorneys for Defendant HyreCar Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN BARON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HYRECAR INC., JOSEPH FURNARI and ROBERT SCOTT BROGI,<br><br>Defendants. | Case No. 2:21-cv-06918-FWS-JC<br>Judge: Hon. Fred W. Slaughter<br><br>**NOTICE OF SUGGESTION OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS AS TO HYRECAR INC.** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

CASE NO. 2:21-cv-06918-FWS
NOTICE OF SUGGESTION OF
BANKRUPTCY

**PLEASE BE ADVISED** that on February 24, 2023, HyreCar Inc. ("HyreCar" or "Debtor") commenced a bankruptcy case by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"),  Case No. 23-10259 (the "Chapter 11 Case").

**PLEASE BE FURTHER ADVISED** that pursuant to section 362 of the Bankruptcy Code, as of the commencement of the Chapter 11 Case, the above-captioned action has been automatically stayed as against the Debtor-defendant. Section 362 of the Bankruptcy Code provides, in part, that the filing of a petition to commence a chapter 11 case operates as a stay of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the case under [the Bankruptcy Code]" and "any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the [bankruptcy] case…."  11 U.S.C. §§ 362(a)(1) & (6).

**PLEASE BE FURTHER ADVISED** that additional information regarding the status of the Debtor's chapter 11 cases may be obtained by (a) reviewing, free of charge, the docket of Debtor's Chapter 11 Case on the website of Debtor's claims and noticing agent, Donlin Recano & Company, Inc., at

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
CENTURY CITY

2

CASE NO. 2:21-cv-06918-FWS
NOTICE OF SUGGESTION OF
BANKRUPTCY

https://www.donlinrecano.com/Clients/hci/Index, (b) visiting the Bankruptcy Court's website at https://ecf.deb.uscourts.gov (PACER login and password required) in accordance with the procedures and fees set forth therein, or (c) contacting the following proposed counsel for Debtor:

GREENBERG GLUSKER LLP
Brian L. Davidoff
Keith P. Banner
2049 Century Park East, Suite 2600 Los Angeles, CA 90067
Tel: (310) 553-3610
Fax: (310) 553-0687

COLE SCHOTZ P.C.
Norman L. Pernick
Andrew J. Roth-Moore
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel: (302) 652-3131
Fax: (302) 652-3117

Dated:  March 2, 2023

LATHAM & WATKINS LLP
Joshua G. Hamilton
Meryn C. N. Grant
Regina Wang

By: /s/ Joshua G. Hamilton
        Joshua G. Hamilton

*Attorneys for Defendant HyreCar Inc.*