_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-cv-06918-FWS-JC                                    Date: March 8, 2023
Title: Ivan Baron v. HyreCar Inc. *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

|  Melissa H. Kunig  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER RE: STAY PENDING BANKRUPTCY PROCEEDINGS**

The court has received Defendant HyreCar, Inc.'s ("Defendant") Notice of Suggestion of Bankruptcy Automatic Stay of Proceedings under Chapter 11 of Title 11 of the United States Bankruptcy Code, 11 U.S.C. § 101, *et. seq.* (Dkt. 111). Accordingly, all further proceedings in this action are **STAYED**. *See* 11 U.S.C. § 362(a)(1) (stating the filing of a bankruptcy petition under this section operates as a stay of "the commencement or continuation . . . of a judicial . . . action or proceeding against the debtor"); *In re Gruntz*, 202 F.3d 1074, 1082 (9th Cir. 2000) (en banc) ("[J]udicial proceedings in violation of the automatic stay are void.") (cleaned up); *see also In re Adaptive Broadband Sec. Litig.*, 2002 WL 989478, at *19 n.5 (N.D. Cal. Apr. 2, 2002) (noting stay of action as to corporate defendant against whom Section 10(b) claims are asserted due to ongoing bankruptcy proceedings "may be problematic" with respect to derivative Section 20(a) claims brought against individual defendants "since [p]laintiffs cannot prove that [corporate defendant] has committed a primary violation of federal securities laws until the stay is lifted").

The court hereby **VACATES** the dates set in the court's operative Scheduling Order, (Dkt. 103), which the court will reset as necessary and appropriate. The court further **ORDERS** Defendant to file a status report every **90 days** until this action is reinstated, with the first status report due on **June 6, 2023**, regarding the status of the ongoing proceedings in Case No. 23-10259, United States Bankruptcy Court for the District of Delaware.

_____

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-cv-06918-FWS-JC                               Date: March 8, 2023
Title: Ivan Baron v. HyreCar Inc. *et al.*

**IT IS SO ORDERED**

Initials of Deputy Clerk:  mku