_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 2:21-cv-06918-FWS-JC                                       Date: September 8, 2023
Title: Ivan Baron v. HyreCar Inc. *et al*
_____

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                          Attorneys Present for Defendants:

Not Present                                                              Not Present

**PROCEEDINGS: ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

  On March 8, 2023, the court stayed the action pending the ongoing bankruptcy proceedings in Case No. 23-10259, United States Bankruptcy Court for the District of Delaware.  (Dkt. 112.)  On the same day, the court ordered the parties to file a status report every ninety (90) days regarding the status of the bankruptcy proceedings.  (*Id*.)  On June 5, 2023, the parties filed their first status report.  (Dkt. 113.)  As of the date of this Order, more than ninety days have passed since the parties' last filing, and the parties have not filed any subsequent status reports.  (*See generally* Dkt.)

  Accordingly, the court hereby **ORDERS** the parties to show cause in writing no later than **September 22, 2023**, why this action should not be dismissed for lack of prosecution.  The parties may discharge the Order to Show Cause by filing a joint status report that complies with the court's March 8, 2023, Order.  Failure to adequately comply with the court's order may result in dismissal.  *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co*., 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted."); *Hells Canyon Pres. Council v. U.S. Forest Serv*., 403 F.3d 683, 689 (9th Cir. 2005) ("[C]ourts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances."); *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984) ("It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution.").

_____

___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 2:21-cv-06918-FWS-JC　　　　　　　　　　　　　　Date: September 8, 2023
Title: Ivan Baron v. HyreCar Inc. *et al*

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk:  mku