Robert V. Prongay (SBN 270796)
Ex Kano S. Sams II (SBN 192936)
Raymond D. Sulentic (SBN 316913)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

Counsel for Lead Plaintiff Turton Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN BARON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HYRECAR INC., JOSEPH FURNARI and ROBERT SCOTT BROGI,<br><br>Defendants. | Case No. 2:21-cv-06918-FWS-JC<br><br>**LEAD PLAINTIFF'S NOTICE OF UNOPPOSED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date: April 18, 2024<br>Hearing Time: 10:00 a.m.<br>Location: Courtroom 10D<br>Judge: Fred W. Slaughter |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on April 18, 2024, at 10:00 a.m., or as soon thereafter as the Parties[1] may be heard by the Honorable Fred W. Slaughter, in Courtroom 10D, located at the United States Courthouse, 411 West 4th Street, Santa Ana, CA 92701, Court-appointed lead plaintiff Turton Inc. ("Lead Plaintiff") will, and hereby does, move the Court for the entry of the Preliminary Approval Order, attached as Exhibit A to the Stipulation, which, *inter alia*: (i) grants preliminary approval of the proposed Settlement; (ii) certifies the putative Settlement Class for purposes of settlement only; (iii) grants approval of the form and manner of giving notice of the proposed Settlement to Settlement Class Members; and (iv) sets a date for a final Settlement Hearing and deadlines for providing notice of the Settlement, the filing of Settlement Class Member objections, the submission of Settlement Class Member requests for exclusion, the filing of Lead Plaintiff's motion for final approval of the Settlement, and the filing of Lead Counsel's application for an award of attorneys' fees and reimbursement of Litigation Expenses.

This motion is based upon the accompanying Memorandum of Law, the Declaration of Ex Kano S. Sams II, all the documents and exhibits in support thereof, as well as all the pleadings and papers on file in this matter and any further evidence and argument as may be presented at the hearing.

Lead Counsel conferred with Defendants' Counsel with respect to this motion. Defendants' counsel has authorized Lead Counsel to represent that Defendants do not oppose this motion. As this motion is unopposed, Lead Plaintiff requests that the Court consider this motion for preliminary approval on the papers at this time.

---

[1] All capitalized terms that are not otherwise defined herein have the meanings ascribed to them in the concurrently filed Stipulation and Agreement of Settlement (the "Stipulation").

DATED:  March 21, 2024          **GLANCY PRONGAY & MURRAY LLP**

By:   _s/ Ex Kano S. Sams II_
Robert V. Prongay
Ex Kano S. Sams II
Raymond D. Sulentic
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

_Counsel for Lead Plaintiff Turton Inc._

NOTICE OF MOTION AND MOTION

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On March 21, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 21, 2024.

*s/ Ex Kano S. Sams II*
Ex Kano S. Sams II