Robert V. Prongay (SBN 270796)
Ex Kano S. Sams II (SBN 192936)
Raymond D. Sulentic (SBN 316913)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

Counsel for Lead Plaintiff Turton Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN BARON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HYRECAR INC., JOSEPH FURNARI and ROBERT SCOTT BROGI,<br><br>Defendants. | Case No. 2:21-cv-06918-FWS-JC<br><br>Honorable Fred W. Slaughter<br><br>**DECLARATION OF EX KANO S. SAMS II IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date: April 18, 2024<br>Hearing Time: 10:00 a.m.<br>Location: Courtroom 10D<br>Judge: Fred W. Slaughter |

I, Ex Kano S. Sams II, hereby declare as follows:

1.    I am an attorney duly licensed to practice law before all of the courts of the State of California and am admitted to practice in the Central District of California. I am a partner with the law firm of Glancy Prongay & Murray LLP, counsel of record for lead plaintiff Turton Inc. ("Lead Plaintiff") in the above-entitled action. I make this Declaration in support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify to them.

2.    Attached as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement dated March 20, 2024.

3.    Attached as Exhibit 2 is a true and correct copy of an excerpt from *Recent Trends in Securities Class Action Litigation: 2023 Full-Year Review* (NERA Jan. 23, 2024), authored by Edward Flores and Svetlana Starykh.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this, the 21st day of March, 2024, at Los Angeles, California.

*s/ Ex Kano Sams II*
Ex Kano Sams II

1
DECLARATION OF EX KANO SAMS II

## <u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On March 21, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 21, 2024.

*s/ Ex Kano S. Sams II*

Ex Kano S. Sams II
