Robert V. Prongay (SBN 270796)
Ex Kano S. Sams II (SBN 192936)
Raymond D. Sulentic (SBN 316913)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

Counsel for Lead Plaintiff Turton Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN BARON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HYRECAR INC., JOSEPH FURNARI and ROBERT SCOTT BROGI,<br><br>Defendants. | Case No. 2:21-cv-06918-FWS-JC<br><br>**LEAD PLAINTIFF'S NOTICE OF UNOPPOSED MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**<br><br>Hearing Date: November 14, 2024<br>Hearing Time: 10:00 a.m.<br>Location: Courtroom 10D<br>Judge: Fred W. Slaughter |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to ECF No. 128, on November 14, 2024, at 10:00 a.m., or as soon thereafter as the Parties[1] may be heard by the Honorable Fred W. Slaughter, in Courtroom 10D, located at the United States Courthouse, 411 West 4th Street, Santa Ana, CA 92701, Court-appointed lead plaintiff Turton Inc. ("Lead Plaintiff") will, and hereby does, move the Court for entry of an Order: (i) granting final approval of the Settlement in the above-captioned action on the terms set forth in the Stipulation; and (ii) approving the proposed Plan of Allocation for distribution of the Net Settlement Fund.

This motion is based upon the accompanying Memorandum of Law, the Declaration of Ex Kano S. Sams II in Support of: (I) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, all the documents and exhibits in support thereof, as well as all the pleadings and papers on file in this matter and any further evidence and argument as may be presented at the hearing.

Lead Counsel conferred with Defendants' Counsel with respect to this motion. Defendants' counsel has authorized Lead Counsel to represent that Defendants do not oppose this motion.

---

[1] All capitalized terms, unless otherwise defined herein, have the same meaning as set forth in the Stipulation and Agreement of Settlement dated March 20, 2024 (the "Stipulation"; ECF No. 121-1).

| | |
|---|---|
| DATED: October 10, 2024 | **GLANCY PRONGAY & MURRAY LLP** |
| | By: _s/ Ex Kano S. Sams II_ |
| | Robert V. Prongay |
| | Ex Kano S. Sams II |
| | Raymond D. Sulentic |
| | 1925 Century Park East, Suite 2100 |
| | Los Angeles, California 90067 |
| | Telephone: (310) 201-9150 |
| | Facsimile: (310) 201-9160 |
| | Email: info@glancylaw.com |
| | |
| | _Counsel for Lead Plaintiff Turton Inc._ |

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On October 10, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 10, 2024.

*s/ Ex Kano S. Sams II*
Ex Kano S. Sams II