# EXHIBIT 3

*Ivan Baron v. Hyrecar Inc., et al.*, Case No.: 2:21-cv-06918-FWS-JC
Glancy Prongay & Murray LLP
LODESTAR REPORT, 2024 RATES

| TIMEKEEPER | STATUS | HOURS | 2024 RATE | LODESTAR |
|---|---|---|---|---|
| **ATTORNEYS:** | | | | |
| ROBERT PRONGAY | P | 294.60 | 1,050.00 | 309,330.00 |
| EX KANO SAMS | P | 554.90 | 1,125.00 | 624,262.50 |
| JOSEPH COHEN | P | 46.25 | 1,195.00 | 55,268.75 |
| RAYMOND SULENTIC* | A/P | 410.20 | 875.00 | 358,925.00 |
| FERNANDA GALBES | SA | 25.50 | 425.00 | 10,837.50 |
| **ATTORNEY TOTALS** | | **1,331.45** | | **1,358,623.75** |
| | | | | |
| **LEGAL SUPPORT:** | | **HOURS** | **2024 RATE** | **LODESTAR** |
| MICHAELA LIGMAN | RA | 10.20 | 400.00 | 4,080.00 |
| JOHN BELANGER | RA | 42.00 | 365.00 | 15,330.00 |
| GABRIELLE ZAVALETA | RA | 12.80 | 350.00 | 4,480.00 |
| HARRY KHARADJIAN | SP | 54.25 | 350.00 | 18,987.50 |
| ALEXIA SHIRI | SP | 11.50 | 350.00 | 4,025.00 |
| PAUL HARRIGAN | SP | 28.00 | 325.00 | 9,100.00 |
| **LEGAL SUPPORT TOTAL:** | | **158.75** | | **56,002.50** |
| | | | | |
| **GRAND TOTALS** | | | | |
| **HOURS/LODESTAR** | | **HOURS** | | **LODESTAR** |
| **ATTORNEY TIME** | | **1,331.45** | | **1,358,623.75** |
| **LEGAL SUPPORT TIME** | | **158.75** | | **56,002.50** |
| **GRAND TOTALS** | | **1,490.20** | | **1,414,626.25** |

| STATUS LEGEND: |
|---|
| P = PARTNER |
| A = ASSOCIATE |
| SA = STAFF ATTORNEY |
| RA = RESEARCH ANALYST |
| SP = SENIOR PARALEGAL |
| C = CLERICAL |
| * MADE PARTNER IN 2024 |

*Ivan Baron v. Hyrecar Inc., et al.*, Case No.: 2:21-cv-06918-FWS-JC
Glancy Prongay & Murray LLP
LODESTAR REPORT BY CATEGORY

| TIMEKEEPER | STATUS | RATE (2024) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | TOTAL | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ATTORNEYS:** | | | | | | | | | | | |
| ROBERT PRONGAY | P | 1,050.00 | 181.20 | 0.00 | 0.00 | 75.00 | 26.80 | 0.00 | 11.60 | 294.60 | 309,330.00 |
| EX KANO SAMS | P | 1,125.00 | 3.20 | 3.80 | 12.10 | 175.30 | 196.60 | 22.20 | 141.70 | 554.90 | 624,262.50 |
| JOSEPH COHEN | P | 1,195.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46.25 | 46.25 | 55,268.75 |
| RAYMOND SULENTIC* | A/P | 875.00 | 53.70 | 0.00 | 16.80 | 199.40 | 81.00 | 4.80 | 54.50 | 410.20 | 358,925.00 |
| FERNANDA GALBES | SA | 425.00 | 0.00 | 0.00 | 25.50 | 0.00 | 0.00 | 0.00 | 0.00 | 25.50 | 10,837.50 |
| **TOTAL ATTORNEY** | | **TOTAL** | **238.10** | **3.80** | **54.40** | **449.70** | **304.40** | **27.00** | **254.05** | **1,331.45** | **1,358,623.75** |

| LEGAL SUPPORT: | STATUS | RATE (2024) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | TOTAL | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MICHAELA LIGMAN | RA | 400.00 | 5.00 | 0.00 | 1.10 | 2.60 | 0.00 | 0.00 | 1.50 | 10.20 | 4080 |
| JOHN BELANGER | RA | 365.00 | 42.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 42.00 | 15,330.00 |
| GABRIELLE ZAVALETA | RA | 350.00 | 12.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.80 | 4,480.00 |
| HARRY KHARADJIAN | SP | 350.00 | 0.00 | 0.00 | 0.00 | 54.25 | 0.00 | 0.00 | 0.00 | 54.25 | 18,987.50 |
| ALEXIA SHIRI | SP | 350.00 | 0.00 | 0.00 | 2.50 | 5.50 | 0.50 | 0.00 | 3.00 | 11.50 | 4,025.00 |
| PAUL HARRIGAN | SP | 325.00 | 0.00 | 0.00 | 0.00 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 9,100.00 |
| **TOTAL LEGAL SUPPORT** | | **TOTAL** | **59.80** | **0.00** | **3.60** | **90.35** | **0.50** | **0.00** | **4.50** | **158.75** | **56,002.50** |
| **TOTAL LODESTAR** | | **TOTAL** | **297.90** | **3.80** | **58.00** | **540.05** | **304.90** | **27.00** | **258.55** | **1,490.20** | **1,414,626.25** |

| STATUS LEGEND: |
|---|
| P = PARTNER |
| A = ASSOCIATE |
| SA = STAFF ATTORNEY |
| RA = RESEARCH ANALYST |
| SP = SENIOR PARALEGAL |
| C = CLERICAL |
| * MADE PARTNER IN 2024 |

| CATEGORY LEGEND: |
|---|
| 1 = FACTUAL RESEARCH |
| 2 = DISCOVERY OF PLAINTIFFS |
| 3 = DISCOVERY OF DEFENDANTS & THIRD PARTIES |
| 4 = PLEADINGS, BRIEFS, MOTIONS |
| 5 = LITIGATION STRATEGY, ANALYSIS, MANAGEMENT |
| 6 = COURT APPEARANCES AND PREP/TRAVEL |
| 7 = SETTLEMENT |

*Ivan Baron v. Hyrecar Inc., et al.* , Case No.: 2:21-cv-06918-FWS-JC
Glancy Prongay & Murray LLP
LODESTAR REPORT, HISTORICAL RATES

| LODESTAR 2021-2024 | | 2021 | | | 2022 | | | 2023 | | | 2024 | | | TOTAL | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIMEKEEPER | STATUS | HOURS | RATE | LODESTAR | HOURS | RATE | LODESTAR | HOURS | RATE | LODESTAR | HOURS | RATE | LODESTAR | HOURS | LODESTAR |
| ATTORNEYS: | | | | | | | | | | | | | | | |
| ROBERT PRONGAY | P | 81.30 | 850.00 | 69,105.00 | 137.90 | 875.00 | 120,662.50 | 75.40 | 900.00 | 67,860.00 | | | | 294.60 | 257,627.50 |
| EX KANO SAMS | P | 82.70 | 925.00 | 76,497.50 | 283.70 | 950.00 | 269,515.00 | 99.20 | 1,000.00 | 99,200.00 | 89.30 | 1,125.00 | 100,462.50 | 554.90 | 545,675.00 |
| JOSEPH COHEN | P | | | | | | | 4.75 | 1,100.00 | 5,225.00 | 41.50 | 1,195.00 | 49,592.50 | 46.25 | 54,817.50 |
| RAYMOND SULENTIC* | A/P | 87.50 | 645.00 | 56,437.50 | 164.80 | 645.00 | 106,296.00 | 136.90 | 645.00 | 88,300.50 | 21.00 | 875.00 | 18,375.00 | 410.20 | 269,409.00 |
| FERNANDA GALBES | SA | | | | | | | 25.50 | 410.00 | 10,455.00 | | | | 25.50 | 10,455.00 |
| ATTORNEY TOTALS | | 251.50 | | 202,040.00 | 586.40 | | 496,473.50 | 341.75 | | 271,040.50 | 151.80 | | 168,430.00 | 1,331.45 | 1,137,984.00 |
| | | | | | | | | | | | | | | | |
| LEGAL SUPPORT: | | HOURS | RATE | LODESTAR | HOURS | RATE | LODESTAR | HOURS | RATE | LODESTAR | HOURS | RATE | LODESTAR | HOURS | LODESTAR |
| MICHAELA LIGMAN | RA | 6.00 | 310.00 | 1,860.00 | 0.40 | 350.00 | 140.00 | 2.30 | 350.00 | 805.00 | 1.50 | 400.00 | 600.00 | 10.20 | 3,405.00 |
| JOHN BELANGER | RA | 36.50 | 290.00 | 10,585.00 | 5.50 | 350.00 | 1,925.00 | | | | | | | 42.00 | 12,510.00 |
| GABRIELLE ZAVALETA | RA | 12.80 | 250.00 | 3,200.00 | | | | | | | | | | 12.80 | 3,200.00 |
| HARRY KHARADJIAN | SP | 4.75 | 295.00 | 1,401.25 | 10.25 | 325.00 | 3,331.25 | 6.75 | 325.00 | 2,193.75 | 32.50 | 350.00 | 11,375.00 | 54.25 | 18,301.25 |
| ALEXIA SHIRI | SP | | | | | | | 2.10 | 325.00 | 682.50 | 9.40 | 350.00 | 3,290.00 | 11.50 | 3,972.50 |
| PAUL HARRIGAN | SP | 5.20 | 295.00 | 1,534.00 | 7.60 | 310.00 | 2,356.00 | 15.20 | 325.00 | 4,940.00 | | | | 28.00 | 8,830.00 |
| LEGAL SUPPORT: | | 65.25 | | 18,580.25 | 23.75 | | 7,752.25 | 26.35 | | 8,621.25 | 43.40 | | 15,265.00 | 158.75 | 50,218.75 |
| | | | | | | | | | | | | | | | |
| YEAR | | 2021 | | | 2022 | | | 2023 | | | 2024 | | | GRAND TOTALS | |
| HOURS/LODESTAR | | HOURS | | LODESTAR | HOURS | | LODESTAR | HOURS | | LODESTAR | HOURS | | LODESTAR | HOURS | LODESTAR |
| ATTORNEY TIME | | 251.50 | | 202,040.00 | 586.40 | | 496,473.50 | 341.75 | | 271,040.50 | 151.80 | | 168,430.00 | 1,331.45 | 1,137,984.00 |
| LEGAL SUPPORT TIME | | 65.25 | | 18,580.25 | 23.75 | | 7,752.25 | 26.35 | | 8,621.25 | 43.40 | | 15,265.00 | 158.75 | 50,218.75 |
| GRAND TOTALS | | 316.75 | | 220,620.25 | 610.15 | | 504,225.75 | 368.10 | | 279,661.75 | 195.20 | | 183,695.00 | 1,490.20 | 1,188,202.75 |

| STATUS LEGEND: |
|---|
| P = PARTNER |
| A = ASSOCIATE |
| SA = STAFF ATTORNEY |
| RA = RESEARCH ANALYST |
| SP = SENIOR PARALEGAL |
| C = CLERICAL |
| * MADE PARTNER IN 2024 |