# EXHIBIT 4

*Ivan Baron v. Hyrecar Inc., et al.,*  Case No.: 2:21-cv-06918-FWS-JC
**GLANCY PRONGAY & MURRAY LLP**
**FIRM EXPENSES REPORT**
**INCEPTION THROUGH OCTOBER 3, 2024**

| CATEGORY OF EXPENSES | AMOUNT PAID |
|---|---|
| COURIER AND SPECIAL POSTAGE | $94.41 |
| DOCUMENT MANAGEMENT | $2,562.50 |
| EXPERTS - ECONOMETRIC (DAMAGES, LOSS CAUSATION, MARKET EFFICIENCY) | $30,290.00 |
| EXPERTS - ECONOMETRIC (PLAN OF ALLOCATION) | $6,821.00 |
| EXPERTS (ACCOUNTING) | $11,333.57 |
| EXPERTS (BANKRUPCY COUNSEL) | $5,544.00 |
| MEDIATORS | $15,891.00 |
| ONLINE RESEARCH | $10,894.80 |
| PHOTOIMAGING | $38.75 |
| PRIVATE INVESTIGATOR | $29,150.48 |
| SERVICE OF PROCESS | $982.71 |
| TRANSCRIPTS | $412.90 |
| **GRAND TOTAL** | **$114,016.12** |