MATTHEW W. CLOSE (SBN 188570)
mclose@omm.com
WAQAS A. AKMAL (SBN 316601)
wakmal@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive
17th Floor
Newport Beach, California 92660
Telephone:  +1 949-823-6900
Facsimile:   +1 949-823-6994

*Counsel for Defendant Joseph Furnari*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN BARON, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>HYRECAR INC., JOSEPH FURNARI, and ROBERT SCOTT BROGI,<br><br>                    Defendants. | Case No. 2:21-cv-06918-FWS-JC<br><br>**DECLARATION OF WAQAS A. AKMAL CONFIRMING COMPLIANCE WITH 28 U.S.C. § 1715**<br><br>Judge: Hon. Fred W. Slaughter |

I, Waqas A. Akmal, declare and state as follows:

1.     I am an active member in good standing of the State Bar of California admitted to practice before all courts of the State of California and in the Central District of California.  I am an attorney at O'Melveny & Myers LLP, counsel for Defendant Joseph Furnari. I submit this declaration based upon my personal knowledge and, if called as a witness, could and would testify to the matters set forth below.

2.     On March 20, 2024, Joseph Furnari and Robert Scott Brogi (collectively "Individual Defendants") and Lead Plaintiff entered into a Stipulation of Settlement (the "Stipulation").

3.     Under the Stipulation, Individual Defendants agreed to effectuate the notice required by the Class Action Fairness Act of 2005, 28 U.S.C. § 1715(b) (the "CAFA Notice").

4.     On March 21, 2024, Lead Plaintiff filed a Unopposed Motion for Preliminary Approval of Class Action Settlement.  (Dkt. Nos. 119-121.)

5.     On July 19, 2024, the Court Granted the Unopposed Motion for Preliminary Approval of Class Action Settlement and set a Final Approval Hearing for November 14, 2024. (Dkt. No. 128.)

6.     On or about July 22, 2024, I engaged Strategic Claims Services to send the CAFA Notice to the Attorneys General of all states, territories, and the District of Columbia, as well as to the Attorney General of the United States.

7.     On or about August 5, 2024, Strategic Claims Services represented to me in writing that it sent the CAFA Notice to the Attorneys General of all states, territories, and the District of Columbia, as well as to the Attorney General of the United States.

8.     Attached hereto as **Exhibit A** is a true copy provided to me by Strategic Claims Services of the form of notice sent to the appropriate federal and state officials.

9.      Attached hereto as **Exhibit B** is a list provided to me by Strategic Claims Services of the officials upon whom said notice was served.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

EXECUTED this 11th day of October, 2024, in Los Angeles, California.


            /s/Waqas A. Akmal
            Waqas A. Akmal

2

# Exhibit A

# Strategic Claims Services

Phone 866.274.4004
610.565.9202
Fax 610.565.7985

strategicclaims.net

August 5, 2024

**VIA CERTIFIED MAIL**

Steve Marshall
Office of the Attorney General
PO Box 300152
Montgomery, AL 36130-0152

RE:    Notice of Proposed Class Action Settlement in *Ivan Baron v. HyreCar Inc.*, *et al.,* Case No. 2:21-cv-06918 (C.D. Cal.)

Dear Sir or Madam:

Strategic Claims Services has been retained to provide notices set forth under the Class Action Fairness Act of 2005, 28 U.S.C. § 1715.  Pursuant to this Act, Defendants Joseph Furnari and Robert Scott Brogi ("Individual Defendants") hereby provides your office with notice of a proposed settlement in the above-referenced matter (the "Litigation") pending in the United States District Court for the Central District of California (the "Court").

The proposed Settlement Class (the "Class") is defined as all persons and entities that purchased or otherwise acquired the publicly traded common stock of HyreCar Inc. from May 13, 2021 through August 10, 2021, both dates inclusive (the "Settlement Class Period"),and were damaged thereby. Excluded from the Settlement Class are: (a) persons who suffered no compensable losses; and (b)(i) Defendants; (ii) any person who served as a partner, control person, officer and/or director of HyreCar during the Settlement Class Period, and members of their Immediate Families; (iii) present and former parents, subsidiaries, assigns, successors, affiliates, and predecessors of HyreCar; (iv) any entity in which the Defendants have or had a controlling interest; (v) any trust of which an Individual Defendant is the settler or which is for the benefit of an Individual Defendant and/or member(s) of their Immediate Families; (vi) Defendants' liability insurance carriers; and (vii) the legal representatives, heirs, successors, predecessors, and assigns of any person or entity excluded under provisions (i) through (vi) hereof. Also excluded from the Settlement Class are any persons and entities who or which submit a timely and valid request for exclusion from the Settlement Class in accordance with the requirements for requesting exclusion provided in the Notice or that is otherwise accepted by the Court.

The Defendants deny any and all wrongdoing, deny any liability to Lead Plaintiff and/or the proposed settlement class, and deny that Lead Plaintiff and the proposed class members have suffered any damages attributable to the Defendants' actions.

Strategic Claims Services provides the following information and documents pursuant to 28 U.S.C. § 1715.  Any documents referenced below are included on the CD that is enclosed with this letter.

1.  **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** A copy of the original complaint filed in the action and the amended complaints are provided on the enclosed CD.

2.  **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** On March 21, 2024, Lead Plaintiff filed a motion for preliminary approval of the class action settlement.  On July 19, 2024, the Court entered an Order Granting Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement. A Settlement Fairness Hearing has been scheduled for November 14, 2024.  Included on the CD are the Lead Plaintiff's Notice of Unopposed Motion and Motion for Preliminary Approval of Class Action Settlement, Lead Plaintiff's Memorandum in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement, and the Order Granting Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement

3.  **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** A copy of the Notice is enclosed on the CD entitled *"Ex. A-1 – Notice of Pendency and Proposed Settlement of Class Action"*, as well as *"Ex. A-3 – Summary Notice"* and *"Ex. A-4 – Postcard Notice"*

4. **28 U.S.C. § 1715(b)(4) – Proposed Class Action Settlement**: Counsel for the Class filed the parties' proposed Stipulation of Settlement and associated documents with the Court on March 21, 2024. A copy of the parties' *Stipulation and Agreement of Settlement* with exhibits is provided on the enclosed CD ROM.

5. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** The parties also contemporaneously agreed to a confidential Supplemental Agreement, which is referenced in the settlement stipulation, and which was not filed with the Court. As described in the stipulation, and as is customary in securities class action settlements, the purpose of the confidential Supplemental Agreement is to provide the Defendants with the option to terminate the settlement if timely requests for exclusion from the class are submitted by eligible class members who/that meet the conditions set forth in the Supplemental Agreement. The Supplemental Agreement remains confidential and has not been included with the enclosed materials.

6. **28 U.S.C. § 1715(b)(6) – Final Judgment:** As of the date of this letter, no Final Judgment has been entered by the Court.

7. **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimated Proportionate Share:** Pursuant to 28 U.S.C. § 1715(b)(7)(A), CAFA requires a defendant, "if feasible," to provide the names of class members who reside in each state and the estimated proportionate share of the claims of such members to the entire settlement or (B) if the provision of information under subparagraph (A) is not feasible, a reasonable estimate of the number of class members residing in each state and the estimated proportionate share of the claims of such members to the entire settlement. Because most of securities at issue are held in "street name," it is not feasible to provide the names of all class members who reside in each state, or to provide the estimated proportionate share of the claims of such members to the settlement. For the same reason, it is not feasible at this time to provide a reasonable estimate of the number of class members residing in each state or the estimated proportionate share of the claims of such members to the settlement.

Notice of further scheduled hearings or relevant judicial opinions may be found by visiting the "PACER" online docket for the above-captioned matter at: https://ecf.cacd.uscourts.gov/cgi-bin/ShowIndex.pl.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact Counsel for Defendants identified below, to address any concerns or questions that you may have.

**Counsel for Defendant Robert Scott Brogi**
DAVIS WRIGHT TREMAINE LLP
Alexander F. Porter
James H. Moon
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017

**Counsel for Defendant Joseph Furnari**
O'MELVENY & MYERS LLP
Matthew W. Close
610 Newport Center Drive
17th Floor
Newport Beach, CA 92660

Sincerely,

Strategic Claims Services

By: Matthew Shillady
Title: Director of Operations

Enclosure – CD ROM

600 North Jackson Street • Suite 205 • Media, PA 19063

# Exhibit B

| State Long | Name | LastName | 2ndName | Title | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | Steve Marshall | Marshall | Steve Marshall | Office of the Attorney General | PO Box 300152 | | | Montgomery | AL | 36130-0152 |
| Alaska | Treg Taylor | Taylor | Treg Taylor | State of Alaska Department of Law | PO Box 110300 | | | Juneau | AK | 99811-0300 |
| American Samoa | Fainu'ulelei Alailima-Utu | Alailima-Utu | Fainu'ulelei Alailima-Utu | Attorney General | Department of Legal Affairs | Executive Office Blc | P.O. Box 7 | Utulei | AS | 96799 |
| Arizona | Kris Mayes | Mayes | Kris Mayes | Arizona Attorney General | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 |
| Arkansas | Tim Griffin | Griffin | Tim Griffin | Arkansas Attorney General | 323 Center St, Suite 200 | | | Little Rock | AR | 72201 |
| California | CAFA Coordinator | Bonta | Rob Bonta | Office of the Attorney General | Consumer Law Section | 455 Golden Gat | Suite 11000 | San Francisco | CA | 94102 |
| Colorado | Phil Weiser | Weiser | Phil Weiser | Attorney General | 1300 Broadway | 10th Fl | | Denver | CO | 80203 |
| Connecticut | William Tong | Tong | William Tong | Office of the Attorney General | 55 Elm St | | | Hartford | CT | 06106 |
| Delaware | Kathy Jennings | Jennings | Kathy Jennings | Attorney General | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 |
| District of Columbia | Brian Schwalb | Schwalb | Brian Schwalb | Office of the Attorney General | 441 4th St, NW | Suite 1100S | | Washington | DC | 20001 |
| Florida | Ashley Moody | Moody | Ashley Moody | Florida Office of the Attorney Gene | The Capitol | PL 101 | | Tallahassee | FL | 32399-1050 |
| Georgia | Christopher Carr | Carr | Christopher Carr | Attorney General of Georgia | Office of the Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Guam | Doug Moylan | Moylan | Doug Moylan | Attorney General | ITC Building | 590 S. Marine ( | Suite 706 | Tamuning | Guam | 96913 |
| Hawaii | Anne Lopez | Lopez | Anne Lopez | Department of the Attorney Genera | 425 Queen St. | | | Honolulu | HI | 96813 |
| Idaho | Raul Labrador | Labrador | Raul Labrador | Office of the Attorney General | 700 W. Jefferson St | PO Box 83720 | | Boise | ID | 83720-1000 |
| Illinois | Kwame Raoul | Raoul | Kwame Raoul | Illinois Attorney General | 100 W. Randolph St | | | Chicago | IL | 60601 |
| Indiana | Todd Rokita | Rokita | Todd Rokita | Office of the Indiana Attorney Gene | 302 W Washington St | 5th Floor | | Indianapolis | IN | 46204 |
| Iowa | Brenna Bird | Bird | Brenna Bird | Office of the Attorney General | 1305 E Walnut St | | | Des Moines | IA | 50319 |
| Kansas | Kris Kobach | Kobach | Kris Kobach | Attorney General | 120 SW 10th Ave., 2nd Fl. | | | Topeka | KS | 66612-1597 |
| Kentucky | Russell Coleman | Coleman | Russell Coleman | Office of the Attorney General | 700 Capitol Ave | Capitol Building, Ste. 118 | | Frankfort | KY | 40601 |
| Louisiana | Liz Murrill | Murrill | Liz Murrill | Office of the Attorney General | PO Box 94095 | | | Baton Rouge | LA | 70804-4095 |
| Maine | Aaron Frey | Frey | Aaron Frey | Office of the Maine Attorney Gener | 6 State House Station | | | Augusta | ME | 04333 |
| Maryland | Anthony Brown | Brown | Anthony Brown | Maryland Attorney General | 200 St. Paul Pl. | | | Baltimore | MD | 21202-2202 |
| Massachusetts | Andrea Campbell | Campbell | Andrea Campbell | Attorney General | 1 Ashburton Pl. | | | Boston | MA | 02108-1698 |
| Michigan | Dana Nessel | Nessel | Dana Nessel | State of Michigan Attorney General | G. Mennen Williams Building, 7th Fl | 525 W Ottawa | PO Box 30212 | Lansing | MI | 48909 |
| Minnesota | Keith Ellison | Ellison | Keith Ellison | Office of the Attorney General | 1400 Bremer Tower | 445 Minnesota St. | | St. Paul | MN | 55101-2131 |
| Mississippi | Lynn Fitch | Fitch | Lynn Fitch | Office of the Attorney General State | PO Box 220 | | | Jackson | MS | 39205 |
| Missouri | Andrew Bailey | Bailey | Andrew Bailey | Missouri Attorney General | PO Box 899 | | | Jefferson City | MO | 65102 |
| Montana | Austin Knudsen | Knudsen | Austin Knudsen | Montana Department of Justice Att | PO Box 201401 | | | Helena | MT | 59620-1401 |
| Nebraska | Mike Hilgers | Hilgers | Mike Hilgers | Nebraska Attorney General | 2115 State Capitol | PO Box 98920 | | Lincoln | NE | 68509 |
| New Hampshire | John Formella | Formella | John Formella | Office of the Attorney General | NH Department of Justice | 33 Capitol St. | | Concord | NH | 03301-6397 |
| New Jersey | Matt Platkin | Platkin | Matt Platkin | Office of the Attorney General | Richard Hughes Justice Complex | 25 Market Stre | PO Box 080 | Trenton | NJ | 08625-0080 |
| New Mexico | Raul Torrez | Torrez | Raul Torrez | Office of the New Mexico Attorney | PO Drawer 1508 | | | Santa Fe | NM | 87504-1508 |
| New York | Letitia James | James | Letitia James | Attorney General | Office of the Attorney General | The Capitol | | Albany | NY | 12224 |
| North Carolina | Josh Stein | Stein | Josh Stein | North Carolina Department of Justic | 9001 Mail Service Center | | | Raleigh | NC | 27699 |
| North Dakota | Drew Wrigley | Wrigley | Drew Wrigley | North Dakota Attorney General | State Capitol | 600 E Boulevard Ave., Dept. 12 | | Bismarck | ND | 58505-0040 |
| Northern Mariana | Edward Manibusan | Manibusan | Edward Manibusan | Attorney General | Administration Building | P.O. Box 10007 | | Saipan | MP | 96950-8907 |
| Ohio | Dave Yost | Yost | Dave Yost | Ohio Attorney General | 30 E Broad St, 14th Floor | | | Columbus | OH | 43215 |
| Oklahoma | Gentner Drummond | Drummond | Gentner Drummond | Oklahoma Office of the Attorney Ge | 313 NE 21st St. | | | Oklahoma City | OK | 73105 |
| Oregon | Ellen Rosenblum | Rosenblum | Ellen Rosenblum | Oregon Department of Justice Attor | Oregon Department of Justice | 1162 Court St. NE | | Salem | OR | 97301 |
| Pennsylvania | Michelle Henry | Henry | Michelle Henry | Pennsylvania Attorney General | 16th Floor, Strawberry Sq. | | | Harrisburg | PA | 17120 |
| Puerto Rico | Domingo Emanuelli | Emanuelli | Domingo Emanuelli | Puerto Rico Attorney General | PO Box 9020192 | | | San Juan | PR | 00902-0192 |
| Rhode Island | Peter Neronha | Neronha | Peter Neronha | Office of the Attorney General | 150 S Main St. | | | Providence | RI | 02903 |
| South Carolina | Alan Wilson | Wilson | Alan Wilson | South Carolina Attorney General | PO Box 11549 | | | Columbia | SC | 29211-1549 |
| South Dakota | Marty Jackley | Jackley | Marty Jackley | Office of the Attorney General | 1302 E Hwy 14, Suite 1 | | | Pierre | SD | 57501-8501 |
| Tennessee | Jonathan Skrmetti | Skrmetti | Jonathan Skrmetti | Office of the Attorney General | PO Box 20207 | | | Nashville | TN | 37202 |
| Texas | Ken Paxton | Paxton | Ken Paxton | Attorney General of Texas | PO Box 12548 | | | Austin | TX | 78711-2548 |
| US Virgin Islands | Ian Clement | Clement | Ian Clement | Attorney General | 34-38 Kronprindsens Gade | GERS Building, 2nd Floor | | St. Thomas | Virgin Isl | 00802 |
| Utah | Sean Reyes | Reyes | Sean Reyes | Office of the Attorney General | PO Box 142320 | | | Salt Lake City | UT | 84114-2320 |
| Vermont | Charity Clark | Clark | Charity Clark | Office of the Attorney General | 109 State St. | | | Montpelier | VT | 05609-1001 |
| Virginia | Jason Miyares | Miyares | Jason Miyares | Attorney General of Virginia | 202 North Ninth Street | | | Richmond | VA | 23219 |
| Washington | Bob Ferguson | Ferguson | Bob Ferguson | Washington State Office of the Atto | 1125 Washington St. SE | PO Box 40100 | | Olympia | WA | 98504-0100 |
| West Virginia | Patrick Morrisey | Morrisey | Patrick Morrisey | Office of the West Virginia Attorney | State Capitol Complex | Bldg. 1, Room E-26 | | Charleston | WV | 25305 |
| Wisconsin | Josh Kaul | Kaul | Josh Kaul | Wisconsin Department of Justice At | State Capitol, Ste 114 E | PO Box 7857 | | Madison | WI | 53707-7857 |
| Wyoming | Bridget Hill | Hill | Bridget Hill | Wyoming Attorney General | Pioneer Building, 4th Floor | 2424 Pioneer Avenue | | Cheyenne | WY | 82002 |
| xNevada | Aaron Ford | Ford | Aaron Ford | Nevada Attorney General | 100 N. Carson St. | | | Carson City | NV | 89701 |
| xSecurities and Exc | Gary Gensler | Gensler | Gary Gensler | Chairman | 100 F Street, NE | | | Washington | DC | 20549 |
| xUnited States of A | The Honorable Merrick B. Garland | Garland | Merrick B. Garland | Attorney General of the United Stat | U.S. Department of Justice | 950 Pennsylvania Avenue, NW | | Washington | DC | 20530 |