Robert V. Prongay (SBN 270796)
Ex Kano S. Sams II (SBN 192936)
Raymond D. Sulentic (SBN 316913)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Counsel for Lead Plaintiff Turton Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN BARON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>    v.<br><br>HYRECAR INC., JOSEPH FURNARI and ROBERT SCOTT BROGI,<br><br>Defendants. | Case No. 2:21-cv-06918-FWS-JC<br><br>Honorable Fred W. Slaughter |

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING/EMAILING OF NOTICE; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) CLAIMS RECEIVED TO DATE**

I, Josephine Bravata, declare as follows:

1. I am the Director of Quality Assurance at Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.[1] I have over twenty years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred and fifty (550) class action cases since its inception. I have personal knowledge of the facts set forth herein and, if called on to do so, I could and would testify competently thereto.

### UPDATE ON MAILING/EMAILING OF NOTICE

2. Pursuant to the Court's Order Granting Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement, dated July 19, 2024 (ECF No. 128) (the "Preliminary Approval Order"), SCS was appointed as the Claims Administrator in the above-captioned Action. I submit this declaration as a supplement to my earlier declaration, the Declaration of Josephine Bravata Concerning: (A) Mailing/Emailing of Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated October 8, 2024 (ECF No. 136-2) (the "Initial Mailing Declaration").

3. As reported in the Initial Mailing Declaration, as of October 8, 2024, a total of 7,235 Postcard Notices had been mailed to potential Settlement Class Members either by SCS or nominees. Additionally, as noted in the Initial Mailing Declaration, 6,637 emails containing a link to the Notice and Claim Form had been sent to potential Settlement Class Members by either SCS or a nominee.

4. Since the execution of the Initial Mailing Declaration, SCS received two additional names and addresses of potential Settlement Class Members from

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated March 20, 2024 (ECF No. 121-1) (the "Stipulation").

nominees requesting that a Postcard Notice be mailed by SCS,[2] and a nominee provided SCS with an email address to email their client with the Notice and Claim Form link. To date, a total of 13,875 potential Settlement Class Members were either mailed a Postcard Notice or emailed a link to the Notice and Claim Form.

5. After the Initial Mailing Declaration was filed, 292 Postcard Notices were returned as undeliverable. Of these, the United States Postal Service provided 19 forwarding addresses, and SCS promptly mailed another Postcard Notice to the updated addresses. The remaining 273 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 122 were re-mailed to updated addresses.

## UPDATE ON TOLL-FREE PHONE LINE

6. As stated in the Initial Mailing Declaration, SCS maintains a toll-free telephone number (1-866-274-4004) for potential Settlement Class Members to call and obtain information about the Settlement. SCS continues to promptly respond to each telephone inquiry and address Settlement Class Members' inquiries through the administration process.

## UPDATE ON SETTLEMENT WEBSITE

7. On August 15, 2024, SCS established a case-specific website dedicated to the Settlement at www.HyreCarSecuritiesSettlement.com (the "Settlement Website"). The Settlement Website is accessible 24 hours a day, 7 days a week. The Settlement Website contains a home page; an important documents page; a file a claim online page; a nominees page; and a contact us page. On October 11, 2024, SCS posted to the important documents page to include: (a) Lead Plaintiff's Notice of Unopposed Motion and Motion for Final Approval of Class Action Settlement

[2] Since the Initial Mailing Declaration, SCS received three requests from potential Settlement Class Members to mail them a Notice and Claim Form. SCS immediately mailed them a Notice and Claim Form.

SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA
Case No. 2:21-cv-06918-FWS-JC

and Plan of Allocation, (b) Lead Plaintiff's Memorandum in Support of Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation, (c) Lead Counsel's Notice of Motion and Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, (d) Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, and (e) Declaration of Ex Kano S. Sams II Support of: (I) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses with exhibits.  To date, the Settlement Website has received 3,050 pageviews from 1,092 unique users.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

8.     The Postcard Notice, Notice, Summary Notice, and Settlement Website informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than October 24, 2024.  SCS has been monitoring all mail delivered for this case. To date, SCS has not received any exclusion requests.

9.     The Postcard Notice, Notice, Summary Notice, and Settlement Website, further informed Settlement Class Members seeking to object to the Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, that objections must have been filed with Lead Counsel, Individual Defendants' Counsel as well as the Clerk of the Court, on or before October 24, 2024.  As of the date of this declaration, SCS has not been notified of any objections or received any misdirected objections.

## UPDATE ON CLAIMS RECEIVED TO DATE

10.     The deadline for claims submission is filed online at www.HyreCarSecuritiesSettlement.com by December 14, 2024 or postmarked no later than December 14, 2024.  As of the date of this declaration, SCS has received

SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA
Case No. 2:21-cv-06918-FWS-JC

97 claims.  A majority of the claims typically are submitted on or shortly before the claims filing deadline.  SCS is currently processing the submitted claims.  Since the claims filing has not passed, the number of claims considered valid has not yet been finally determined.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 29th day of October 2024, in Media, Pennsylvania.

_____

Josephine Bravata

SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA
Case No. 2:21-cv-06918-FWS-JC