**NOTE: CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IVAN BARON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HYRECAR INC., JOSEPH FURNARI and ROBERT SCOTT BROGI,<br><br>Defendants. | Case No. 2:21-cv-06918-FWS-JC<br><br>**ORDER RE STIPULATION TO MODIFY HEARING DATE FOR: (1) MOTION FOR SETTLEMENT APPROVAL OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (2) MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES [141]**<br><br>Judge: Fred W. Slaughter |

Having reviewed and considered the Stipulation to Modify Hearing Date for the Motion For Settlement Approval of Final Approval of Class Action Settlement and Plan of Allocation and Motion for Attorneys' Fees and Reimbursement of Litigation Expenses [141] ("Stipulation"), filed by court-appointed lead plaintiff Turton Inc. ("Lead Plaintiff") and defendants Joseph Furnari and Robert Scott Brogi (collectively, "Individual Defendants"), the files and records of the case, the

applicable law, and for the good cause demonstrated in the Stipulation, the court **ORDERS** the following:

1. Lead Counsel shall submit a supplemental filing with final claims information in connection with the Motion for Settlement Approval of Final Approval of Class Action Settlement and Plan of Allocation [132] and Motion for Attorneys' Fees and Reimbursement of Litigation Expenses [134] on or before **February 18, 2025**; and

2. The in-person hearing on the Motion for Settlement Approval of Final Approval of Class Action Settlement and Plan of Allocation [132] and Motion for Attorneys' Fees and Reimbursement of Litigation Expenses [134] is **CONTINUED** from January 30, 2025, at 10:00 a.m., in Courtroom 10D, to **March 6, 2025, at 10:00 a.m., in Courtroom 10D**.

Dated:  November 19, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2