Robert V. Prongay (SBN 270796)
 *rprongay@glancylaw.com*
Ex Kano S. Sams II (SBN 192936)
 *esams@glancylaw.com*
Raymond D. Sulentic (SBN 316913)
 *rsulentic@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Turton Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN BARON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HYRECAR INC., JOSEPH FURNARI and ROBERT SCOTT BROGI,<br><br>Defendants. | Case No. 2:21-cv-06918-FWS-JC<br><br>Honorable Fred W. Slaughter<br><br>**LEAD PLAINTIFF'S: (1) RESPONSE TO COURT'S NOVEMBER 19, 2024, ORDER; AND (2) NOTICE OF UNOPPOSED MOTION AND MOTION FOR CLASS DISTRIBUTION ORDER**<br><br>Hearing Date:  March 6, 2025<br>Hearing Time: 10:00 a.m.<br>Location: 411 West 4th Street<br>          Santa Ana, CA 92701<br>Crtm:     10D |

NOTICE OF MOTION AND MOTION FOR CLASS DISTRIBUTION ORDER

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, in response to the Court's November 19, 2024, Order, Court-appointed lead plaintiff Turton Inc. ("Lead Plaintiff") hereby files the Declaration of Josephine Bravata Concerning the Results of the Claims Administration Process ("Bravata Declaration"), submitted on behalf of the Court-approved Claims Administrator, Strategic Claims Services.[1]

PLEASE TAKE FURTHER NOTICE that, on March 6, 2025, at 10:00 a.m., or as soon thereafter as the matter can be heard before the Honorable Fred W. Slaughter, in Courtroom 10D of the United States District Court for the Central District of California, 411 West 4th Street, Santa Ana, CA 92701, Lead Plaintiff will and hereby does move this Court for entry of the [Proposed] Class Distribution Order, which, among other things, will: (i) approve the Claims Administrator's recommendations accepting and rejecting Claims submitted in the above-captioned action (the "Action"); (ii) direct the distribution of the Net Settlement Fund to Authorized Claimants whose Claims have been accepted as valid and approved by the Court; and (iii) approve the Claims Administrator's fees and expenses incurred in connection with the Action.

This Motion is based on this Notice of Motion, and the accompanying: (i) Memorandum of Law; (ii) Declaration of Sharon M. McGowan of the Public Justice Foundation; and (iii) Bravata Declaration, and the exhibits attached thereto.

Pursuant to L.R. 7-3, Lead Counsel gave Defendants advance notice of this Motion, and counsel for Defendants authorized Lead Counsel to represent that Defendants do not oppose the proposed relief.

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated March 20, 2024 (ECF No. 121-1).

Dated: February 6, 2025            **GLANCY PRONGAY & MURRAY LLP**

By: *s/ Ex Kano S. Sams II*
Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Ex Kano S. Sams II (SBN 192936)
  *esams@glancylaw.com*
Raymond D. Sulentic (SBN 316913)
  *rsulentic@glancylaw.com*
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Turton Inc. and the Settlement Class*

NOTICE OF MOTION AND MOTION FOR CLASS DISTRIBUTION ORDER

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old.  On February 6, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 6, 2025, at Los Angeles, California.

*/s/ Ex Kano S. Sams II*
Ex Kano S. Sams II
