## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 21-06918-FWS (JCx) | Date | March 6, 2025 |
|---|---|---|---|
| Title | Ivan Baron v. HyreCar Inc. et al | | |

PRESENT:

### HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

Rolls Royce Paschal
Deputy Clerk

Deborah Parker
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

James Moon
Waqas Akmal

Movant:    Ex Kano Sams
Raymond Sulentic

PROCEEDINGS:    FINAL APPROVAL HEARING

PLAINTIFF'S MOTION FOR FINAL SETTLEMENT APPROVAL [132]

PLAINTIFF'S MOTION FOR ATTORNEYS FEES AND REIMBURSEMENT OF LITIGATION EXPENSES [134]

LEAD PLAINTIFF'S: (1) RESPONSE TO COURT'S NOVEMBER 19, 2024, ORDER; AND (2) UNOPPOSED MOTION AND MOTION FOR CLASS DISTRIBUTION ORDER [143]

Motions hearing held.   The Court hears oral argument from the parties.   The Court takes the Motions under submission.   Order to issue.

|  |  |  |
|---|---|---|
| FAH | : | 01 |
| MTNS | : | 17 |

Initials of Deputy Clerk    rrp

CC: